# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0824GA01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | ELYYC05 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 0824GA02 | Natalia Verenilana | First Search Order - Premises | Floor | Desktop | ELYYC04 | Dell | Optiplex 7040 | 6CF5282 | Sandisk | SSD | 154770401317 | 240.00 | 2018/06/28 |
| 0824GA03 | Unknown | First Search Order - Premises | Floor | Desktop | ELYYC06 | Dell | Optiplex 7040 | B975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 0824GA04 | Ukur Tagiwa | First Search Order - Premises | Floor | Desktop | ELYYC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402095 | 240.00 | 2018/06/28 |
| 0824GA05 | Sandesh Dhamne | First Search Order - Premises | Floor | Desktop | ELYYC09 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154718402405 | 240.00 | 2018/06/28 |
| 0824GA06 | Sandesh Dhamne | First Search Order - Premises | Floor | Pen Drive | N/A | Teka | N/A | N/A | Teka | ProductCode | 9207133502491317547 | 8.00 | 2018/06/28 |
| 0824GA07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | ELYYC01 | Dell | Optiplex 7040 | 6BT5282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 0824GA08 | Claudia | First Search Order - Premises | Floor | Laptop | ELYLYT03 | Asus | UX303L | EANDC077344436H 12M | Seagate | ST500LM000-1EJ1 | W79DGTT6 | 500.00 | 2018/06/28 |
| 0824GA10 | Nagraj (Intern) | First Search Order - Premises | Floor | Desktop | EDU-MAC2 | Apple | iMAC All in one | C02V21896G7N | Apple | HDD | 5PRNHYG4G64860 | 2000.00 | 2018/06/28 |
| 0824GA11 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EDU-MAC6 | Apple | Macbook Pro | C02T12296GT4 | Apple | SSD | C02703302NAHHG4618 | 1000.00 | 2018/06/28 |
| 0824GA12 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Premises | External HDD | N/A | Seagate | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 0824GA13 | Gideon Majasrade | First Search Order - Premises | Floor | Desktop | ELYYC-MAC4 | Apple | MAC-All in one | C02QWRCKGG7N | Apple | SSD | 5PRNHY6556S235 | 2000.00 | 2018/06/28 |
| 0824GA14 | Marta Lis | First Search Order - Premises | Floor | Desktop | ELYYC012 | Dell | Optiplex 7040 | HB75282 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 0824GA15 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Desktop | Desktop | ELYYC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 0824GA16 | Mark Fernandes | First Search Order - Premises | Center office | Desktop | ELYYC03 | Dell | Optiplex 7040 | BG75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 0824GA17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Mobile | Mobile | EUYY383 / ELYLYF122 | Apple | iPhone 7 Plus | C0V3G43245875314 12M | iHSDT | N/A | 500000506G29M | 1000.00 | 2018/06/28 |
| 0824GA17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Mobile | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 0824GA18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Mobile | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 0824GA19 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Mobile | Mobile | EUYYC010 | Apple | Optiplex 7040 | 7K75282 | Sandisk | SSD | 154608404269 | 16.00 | 2018/06/28 |
| 0824GA20 | Natalia Verenilana | First Search Order - Premises | Mr. Shah's Pen Drive | Pen Drive | N/A | Dell | N/A | N/A | Kingston | DT57G G2 | 98AFFDAE18E09 | 2000.00 | 2018/06/28 |
| 0824GA24 | Nidhi Manozoolu | First Search Order - Premises | HR Room | Desktop | EQU-MAC3 | Apple | MAC-All in one | C02DQV2CZ6G7N | Apple | SSD | 5PRNHY4GB537610 | 2000.00 | 2018/07/01 |
| 0824GA25 | Unknown | First Search Order - Premises | Floor | Desktop | ELYYC07 | Dell | Optiplex 7040 | 4H75282 | Sandisk | SSD | 154973402403 | 240.00 | 2018/07/01 |
| 0824GA26 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | N/A | Dell | Optiplex 7040 | N/A | imation | DVD-R | N/A | 4.70 | 2018/07/01 |
| 0824GA27 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Desktop | Desktop | ELYYC011 | Dell | Optiplex 7040 | 8G75282 | Sandisk | SSD | 154976403825 | 240.00 | 2018/07/01 |
| 0824GA28 | Sanjay Shah | First Search Order - Premises | Floor | Laptop | ELYLYT15 | Sony | VAIO / SVP1321A1CM | 54626038-0003061 / Service | N/A | SSD | 535YNAD023861 | 120.00 | 2018/07/01 |
| 0824GA29 | Wail Anwar | First Search Order - Premises | Floor | Desktop | N/A | Asus | UX303L | N/A | N/A | N/A | N/A | N/A | 2018/07/01 |
| 0824GA30 | Natalia Verenilana | First Search Order - Premises | Floor | Laptop | EDU-MAC1 | Apple | iMAC All in one | C02QW2URGG7N | Apple | SSD | 5PRNHY4GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 0824GA31 | Sanjay Shah | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC-Mini | C07HT1A8D01 | Hitachi / Apple | HDD | 12360251HHJP3C | 500.00 | 2018/07/01 |
| 0824GA32 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC-Mini | N/A | Toshiba / Apple | HDD | 12367E6HT | 500.00 | 2018/07/01 |
| 0824GA33 | Natalia Verenilana | First Search Order - Premises | Storage Cal | DVD | iou AN465115 | Dell | Optiplex 7040 | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 0824GA33 | Sanjay Shah | First Search Order - Premises | Storage Cal Laptop | Laptop | ELYLYT02 | Asus | UX303L | EANDC077203439 12M | Seagate | ST500LM000-1EJ1 | W79DGW0C | 500.00 | 2018/07/01 |
| 0824GA34 | Unknown | First Search Order - Premises | Storage Cal Laptop | Laptop | ELYLYT08 | Asus | UX303L | EANDC2487025F5B 12M | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 0824GA40 | Sandesh Dhamne | First Search Order - Premises | Storage Cal Laptop | Laptop | ELYLYT06 | Apple | MacBook Pro - A1707 | C0XDC2LC3672M 12M | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 0824GA41 | Rashmi / Yolanta / Mark | First Search Order / UN... | | Laptop | ELYLYT06 | | admini@elyisumglobal.com | | N/A | N/A | N/A | 0.10 | 2018/07/02 |
| 0824GA41 | Stephania Paun / UN... | First Search Order - Premises | Floor | Laptop | ELYLYT06 | Asus | UX303L | F190CA155G09505A 12M | HGST | HDD | 50A000SG0NTBK | 1000.00 | 2018/07/02 |
| 0824GA42 | Unknown | First Search Order - Premises | | Network Share | - | N/A | N/A | asset@elyisumglobal.com | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 0824GA43 | Unknown | First Search Order - Premises | | Network Share | - | N/A | N/A | asset@elyisumglobal.com | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 0824GA43 | Sanjay Shah | First Search Order - Premises | | Network Share | - | N/A | N/A | catchel@elyisumglobal.com | N/A | N/A | N/A | 0.10 | 2018/07/02 |
| 0824GA43 | Unknown | First Search Order - Premises | | Network Share | - | N/A | N/A | ceo@elyisumglobal.com | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 0824GA43 | Unknown | First Search Order - Premises | | Network Share | - | N/A | N/A | cfo@elyisumglobal.com | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 0824GA43 | Sandesh Dhamne | First Search Order - Premises | | Network Share | - | N/A | N/A | consultant@elyisumglobal.com | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 0824GA43 | Usha Shah | First Search Order - Premises | | Network Share | - | N/A | N/A | director@elyisumglobal.com | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 0824GA43 | Sandesh Dhamne | First Search Order - Premises | | Network Share | - | N/A | N/A | fd@elyisumglobal.com | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | Finance@elyisumglobal.com | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | IT@elyisumglobal.com | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | HR@elyisumglobal.com | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | Legal@elyisumglobal.com | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | od@elyisumglobal.com | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.13 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.10 | 2018/07/12 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 1.46 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.20 | 2018/07/15 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 1.00 | 2018/07/15 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.02 | 2018/07/10 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 0824GA43 | Multiple | First Search Order - Premises | | Network Share | - | N/A | N/A | | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area / index reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D82A6A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D82A6A44 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D82A6A44 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D82A6A44 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D82A6A45 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | N/A | WXE1E551CSU5 | 1000.00 | 2018/08/14 |
| D82A6A45 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | N/A | WXB1A75EZXU | 1000.00 | 2018/07/17 |
| D82A6A46 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | N/A | WXB1E6S2KX7 | 3000.00 | 2018/07/17 (Failed) |
| D82A6A47 | Unknown | First Search Order - Premises | | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | N/A | WXD1E55CCP1E | 1000.00 | 2018/07/25 |
| D82A6A48 | Sanjay Shah | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D82A6A48 | Mark Fernandes | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D82A6A48 | Usha Shah | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D82A6A48 | Sandesh Dhomme | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D82A6A48 | Wajd Anwar | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D82A6A48 | Unknown_Admin | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D82A6A48 | Unknown_Asset | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D82A6A48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D82A6A48 | Unknown_CFO | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D82A6A48 | Unknown_Finance | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D82A6A48 | Unknown_HR | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D82A6A48 | Unknown_Legal | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D82A6A48 | Unknown_QO | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D82A6A49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D82A6A49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D82A6A49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D82A6A49 | Sandesh Dhomme | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| D82A6A49 | Wajd Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D82A6A49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D82A6A49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.65 | 2018/09/25 |
| D82A6A49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D82A6A49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D82A6A49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D82A6A49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.99 | 2018/09/25 |
| D82A6A49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D82A6A49 | Unknown_QO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D82460001 | Philip Purwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D82460002 | Multiple | First Search Order - Premises | | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D82460001 | Multiple | Remote Server Collection | | DociCall DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D82460001 | Multiple | Remote Server Collection | | VM Export (Elysium-DC-elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D82460003 | Multiple | Remote Server Collection | | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D82460004 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**