# Exhibit 9, Part 3



## TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 7,892 | 124,772,520.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 7,898 | 124,867,380.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | ARF01 | DKK | 16,410.0000 | 7,892 | 129,507,720.00 | 30 March 2015 | 07 April 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | MAK01 | DKK | 290.2000 | 376,685 | 109,313,987.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | MAK01 | DKK | 16,410.0000 | 8,083 | 132,642,030.00 | 30 March 2015 | 07 April 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | MAK01 | DKK | 15,810.0000 | 7,852 | 124,140,120.00 | 30 March 2015 | 07 April 2015 |

Forward

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



**TELESTO**

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|------------|--------|-----------------|------|-----|-------|----------|----------|------------|-------------|
| Buy | NZYMB | NOVOZYMES A/S-B | RHE01 | DKK | 320.1105 | 706,429 | 226,135,340.40 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | YST01 | DKK | 320.1105 | 781,477 | 250,158,993.21 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | STR01 | DKK | 320.1105 | 249,470 | 79,857,966.44 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | DAR01 | DKK | 320.1105 | 683,931 | 218,933,494.38 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | TSC01 | DKK | 320.1105 | 758,403 | 242,772,763.53 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | TSC01 | DKK | 320.1105 | 265,254 | 84,910,590.57 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | SOL01 | DKK | 320.1105 | 686,764 | 219,840,367.42 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | AML01 | DKK | 320.1105 | 685,710 | 219,502,970.96 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | STR01 | DKK | 320.1105 | 802,417 | 256,862,107.08 | 25 February 2015 | 19 June 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



**TELESTO**

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | TDC | TDC A/S | TSC01 | DKK | 53.2397 | 2,886,717 | 153,687,947.06 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | DAR01 | DKK | 53.2397 | 2,969,961 | 158,119,832.65 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | DAR01 | DKK | 53.2397 | 3,293,727 | 175,357,037.36 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | DTS01 | DKK | 53.2397 | 2,894,913 | 154,124,299.65 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | DAR01 | DKK | 53.2397 | 2,879,479 | 153,302,598.12 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | DAR01 | DKK | 53.2397 | 907,593 | 48,319,979.04 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | RHE01 | DKK | 53.2397 | 3,049,147 | 162,335,671.54 | 05 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | AML01 | DKK | 217.9241 | 793,958 | 173,022,582.59 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | DAR01 | DKK | 217.9241 | 4,618 | 1,006,373.49 | 12 March 2015 | 19 June 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



**TELESTO**

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | DSV | DSV A/S | SOL01 | DKK | 217.9241 | 685,834 | 149,459,757.20 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | AML01 | DKK | 217.9241 | 694,634 | 151,377,489.28 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | STR01 | DKK | 217.9241 | 693,883 | 151,213,828.28 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | YST01 | DKK | 217.9241 | 760,195 | 165,664,811.20 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | TSC01 | DKK | 217.9241 | 678,900 | 147,948,671.49 | 12 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | DAR01 | DKK | 607.6807 | 427,098 | 259,539,211.61 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | SOL01 | DKK | 171.2147 | 3,213,771 | 550,244,837.63 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | STR01 | DKK | 171.2147 | 3,153,274 | 539,886,861.93 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | SOL01 | DKK | 607.6807 | 442,657 | 268,994,115.62 | 18 March 2015 | 19 June 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



**TELESTO**

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | DANSKE | Danske Bank A/S | YST01 | DKK | 171.2147 | 1,233,544 | 211,200,865.90 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | DTS01 | DKK | 171.2147 | 3,280,024 | 561,588,325.15 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | RHE01 | DKK | 607.6807 | 400,364 | 243,293,475.77 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | AML01 | DKK | 607.6807 | 402,714 | 244,721,525.42 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | STR01 | DKK | 607.6807 | 434,324 | 263,930,312.35 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | DTS01 | DKK | 607.6807 | 451,783 | 274,539,809.69 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | RHE01 | DKK | 171.2147 | 2,906,712 | 497,671,823.07 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | DAR01 | DKK | 171.2147 | 3,100,807 | 530,903,740.26 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | YST01 | DKK | 607.6807 | 169,908 | 103,249,812.38 | 18 March 2015 | 19 June 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825


TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | DANSKE | Danske Bank A/S | AML01 | DKK | 171.2147 | 2,923,778 | 500,593,773.14 | 18 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | SOL01 | DKK | 153.4809 | 562,738 | 86,369,534.70 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | SOL01 | DKK | 338.1132 | 6,350,778 | 2,147,281,872.07 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | SOL01 | DKK | 338.1132 | 5,994,879 | 2,026,947,722.30 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | SOL01 | DKK | 338.1132 | 5,853,606 | 1,979,181,456.20 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | DTS01 | DKK | 338.1132 | 5,711,214 | 1,931,036,841.42 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | YST01 | DKK | 153.4809 | 622,299 | 95,511,010.59 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | DTS01 | DKK | 153.4809 | 639,314 | 98,122,488.10 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | DTS01 | DKK | 338.1132 | 6,810,647 | 2,302,769,651.24 | 19 March 2015 | 19 June 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



**TELESTO**

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | GN D | GN STORE NORD A/S | SOL01 | DKK | 153.4809 | 596,146 | 91,497,024.61 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | DTS01 | DKK | 153.4809 | 536,111 | 82,282,798.78 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | YST01 | DKK | 338.1132 | 6,629,385 | 2,241,482,576.38 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | RHE01 | DKK | 338.1132 | 334,474 | 113,090,074.46 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | RHE01 | DKK | 153.4809 | 31,383 | 4,816,691.08 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | SOL01 | DKK | 153.4809 | 549,477 | 84,334,224.49 | 19 March 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | YST01 | DKK | 846.9944 | 34,150 | 28,924,858.76 | 25 March 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | SOL01 | DKK | 846.9944 | 34,976 | 29,624,476.13 | 25 March 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | RHE01 | DKK | 846.9944 | 34,992 | 29,638,028.04 | 25 March 2015 | 19 June 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825