# Exhibit 47, Part 6

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**
**Exhibit 2.12 - Summary of Dividend Refund Claims Filed by the Costello Advisors Pension Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 05/07/15 | Syntax GIS | Novozymes A/S - B | 754,559 | 611,193 | 92,269 |
| 05/07/15 | Syntax GIS | TDC A/S | 3,215,984 | 868,316 | 131,086 |
| 05/07/15 | Syntax GIS | DSV A/S | 799,852 | 345,536 | 52,164 |
| 05/07/15 | Syntax GIS | Danske Bank A/S | 3,252,599 | 4,830,110 | 729,183 |
| 05/07/15 | Syntax GIS | Pandora A/S | 448,005 | 1,088,652 | 164,350 |
| 05/07/15 | Syntax GIS | GN Store Nord A/S | 631,884 | 153,548 | 23,181 |
| 05/07/15 | Syntax GIS | Novo Nordisk A/S - B | 6,731,490 | 9,087,512 | 1,371,907 |
| 05/07/15 | Syntax GIS | Tryg A/S | 35,294 | 276,352 | 41,720 |
| 05/07/15 | Syntax GIS | FLSmidth & Co A/S | 80,583 | 195,817 | 29,562 |
| 05/07/15 | Syntax GIS | Carlsberg A/S - B | 179,029 | 435,040 | 65,676 |
| 05/07/15 | Syntax GIS | Vestas Wind Systems A/S | 380,663 | 400,838 | 60,513 |
| 05/07/15 | Syntax GIS | A.P. Møller Mærsk A/S - A | 7,904 | 4,206,272 | 635,005 |
| 05/07/15 | Syntax GIS | A.P. Møller Mærsk A/S - B | 8,100 | 4,310,577 | 650,751 |
| 05/15/15 | Syntax GIS | Coloplast A/S - B | 294,479 | 357,792 | 54,858 |
| | | Total | | 27,167,553 | 4,102,226 |

Notes:

[1] SKAT_MDL_001_00085151.

[2] Historical daily exchange rates obtained from Capital IQ.

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**
**Exhibit 2.13 - Summary of Dividend Refund Claims Filed by the Proper Pacific LLC 401(K) Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 04/20/15 | Goal Taxback Limited | Chr. Hansen Holding A/S | 839,500 | 854,527 | 122,962 |
| 04/20/15 | Goal Taxback Limited | Coloplast A/S - B | 930,208 | 1,883,671 | 271,051 |
| 04/21/15 | Goal Taxback Limited | Novo Nordisk A/S - B | 6,634,763 | 8,956,930 | 1,288,730 |
| 04/21/15 | Goal Taxback Limited | A.P. Møller Mærsk A/S - A | 7,879 | 4,192,967 | 603,287 |
| 04/21/15 | Goal Taxback Limited | A.P. Møller Mærsk A/S - A | 8,083 | 4,301,530 | 618,907 |
| 04/27/15 | Goal Taxback Limited | Novozymes A/S - B | 683,931 | 553,984 | 80,876 |
| 04/27/15 | Goal Taxback Limited | TDC A/S | 3,293,727 | 889,306 | 129,830 |
| 04/27/15 | Goal Taxback Limited | DSV A/S | 692,422 | 299,126 | 43,669 |
| 04/27/15 | Goal Taxback Limited | Danske Bank A/S | 2,906,712 | 4,316,467 | 630,160 |
| 04/27/15 | Goal Taxback Limited | Pandora A/S | 400,364 | 972,885 | 142,031 |
| 04/27/15 | Goal Taxback Limited | GN Store Nord A/S | 622,804 | 151,341 | 22,094 |
| 04/27/15 | Goal Taxback Limited | Tryg A/S | 34,813 | 272,586 | 39,795 |
| 04/27/15 | Goal Taxback Limited | FLSmidth & Co A/S | 81,037 | 196,920 | 28,748 |
| 04/27/15 | Goal Taxback Limited | Carlsberg A/S - B | 180,313 | 438,161 | 63,967 |
| 04/27/15 | Goal Taxback Limited | Vestas Wind Systems A/S | 377,809 | 397,833 | 58,079 |
| 05/15/15 | Goal Taxback Limited | Coloplast A/S - B | 294,370 | 357,660 | 54,838 |
| | | Total | | 29,035,894 | 4,199,026 |

Notes:

[1] SKAT_MDL_001_00077772.

[2] Historical daily exchange rates obtained from Capital IQ.

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**
**Exhibit 2.14 - Summary of Dividend Refund Claims Filed by the SVP 401(K) Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 05/26/15 | Syntax GIS | Novozymes A/S - B | 806,895 | 653,585 | 95,360 |
| 05/26/15 | Syntax GIS | TDC A/S | 2,997,556 | 809,340 | 118,085 |
| 05/26/15 | Syntax GIS | DSV A/S | 786,623 | 339,821 | 49,581 |
| 05/26/15 | Syntax GIS | Pandora A/S | 457,499 | 1,111,723 | 162,203 |
| 05/26/15 | Syntax GIS | Danske Bank A/S | 3,321,528 | 4,932,469 | 719,659 |
| 05/26/15 | Syntax GIS | GN Store Nord A/S | 539,922 | 131,201 | 19,143 |
| 05/26/15 | Syntax GIS | Novo Nordisk A/S - B | 5,751,820 | 7,764,957 | 1,132,925 |
| 05/26/15 | Syntax GIS | Tryg A/S | 34,929 | 273,494 | 39,903 |
| 05/26/15 | Syntax GIS | FLSmidth & Co A/S | 80,428 | 195,440 | 28,515 |
| 05/26/15 | Syntax GIS | Carlsberg A/S - B | 178,819 | 434,530 | 63,399 |
| 05/26/15 | Syntax GIS | Vestas Wind Systems A/S | 372,304 | 392,036 | 57,199 |
| 05/26/15 | Syntax GIS | A.P. Møller Mærsk A/S - A | 7,841 | 4,172,745 | 608,813 |
| 05/26/15 | Syntax GIS | A.P. Møller Mærsk A/S - B | 7,859 | 4,182,324 | 610,211 |
| 05/26/15 | Syntax GIS | Coloplast A/S - B | 295,344 | 358,843 | 52,356 |
| | | Total | | 25,752,508 | 3,757,351 |

Notes:

[1] SKAT_MDL_001_027929.

[2] Historical daily exchange rates obtained from Capital IQ.

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**
**Exhibit 2.15 - Summary of Dividend Refund Claims Filed by the Oaks Group Pension Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 04/17/15 | Acupay System LLC | Chr. Hansen Holding A/S | 882,144 | 897,934 | 130,077 |
| 04/17/15 | Acupay System LLC | Coloplast A/S - B | 990,463 | 2,005,688 | 290,549 |
| 04/24/15 | Acupay System LLC | Novo Nordisk A/S - B | 6,265,681 | 8,458,669 | 1,232,701 |
| 04/24/15 | Acupay System LLC | A.P. Møller Mærsk A/S - A | 39,792 | 21,176,109 | 3,086,042 |
| 04/24/15 | Acupay System LLC | A.P. Møller Mærsk A/S - B | 40,186 | 21,385,784 | 3,116,598 |
| 05/01/15 | Acupay System LLC | Novozymes A/S - B | 699,630 | 566,700 | 84,998 |
| 05/01/15 | Acupay System LLC | TDC A/S | 2,808,409 | 758,270 | 113,731 |
| 05/01/15 | Acupay System LLC | DSV A/S | 558,466 | 241,257 | 36,186 |
| 05/01/15 | Acupay System LLC | Danske Bank A/S | 3,256,796 | 4,836,342 | 725,393 |
| 05/01/15 | Acupay System LLC | Pandora A/S | 448,583 | 1,090,057 | 163,495 |
| 05/01/15 | Acupay System LLC | GN Store Nord A/S | 588,158 | 142,922 | 21,437 |
| 05/01/15 | Acupay System LLC | Tryg A/S | 174,086 | 1,363,093 | 204,448 |
| 05/01/15 | Acupay System LLC | FLSmidth & Co A/S | 400,182 | 972,442 | 145,855 |
| 05/01/15 | Acupay System LLC | Carlsberg A/S - B | 889,131 | 2,160,588 | 324,062 |
| 05/01/15 | Acupay System LLC | Vestas Wind Systems A/S | 1,877,229 | 1,976,722 | 296,485 |
| 05/22/15 | Acupay System LLC | Coloplast A/S - B | 1,459,548 | 1,773,351 | 261,935 |
| | | **Total** | | **69,805,930** | **10,233,991** |

Notes:

[1] SKAT_MDL_001_035653.

[2] Historical daily exchange rates obtained from Capital IQ.

**APPENDIX D**

**EXHIBIT 3 – BELLWETHER CASE TRADES**

**PROVIDED ELECTRONICALLY**

# **APPENDIX D**

## **EXHIBIT 4 – BELLWETHER CASH FLOW ANALYSIS**

Case 1:18-md-02865-LAK   Document 1162-82   Filed 09/03/24   Page 7 of 12

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 4 - Summary of Bellwether Cash Flows

| Pension Plan | Beneficiary[1] | Purported Danish Stock Investment[2] | Purported Dividends[3] | Refunds Received | Reclaim Agent Fee | Ganymede Payment | Purported Trading and Brokers Fees | Partnership Payments | Other | Amount Left for Plan | % of Tax Refund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernina Pension Plan[4] | John van Merkensteijn | $ 1,878,998,228 | $ 38,365,775 | $ 10,358,759 | $ (94,394) | $ (6,875,498) | $ (195,420) | $ - | $ - | $ 3,193,447 | 30.8% |
| RJM Capital Pension Plan[5] | Richard Markowitz | $ 1,970,247,159 | $ 39,910,271 | $ 10,621,413 | $ (55,545) | $ (7,107,621) | $ (70,814) | $ - | $ - | $ 3,387,433 | 31.9% |
| Delvian LLC Pension Plan[5] | Alicia Colodner | $ 2,066,790,606 | $ 44,953,257 | $ 11,923,504 | $ (53,830) | $ (7,849,298) | $ (136,322) | $ (3,689,851) | $ - | $ 194,203 | 1.6% |
| Basalt Ventures LLC Roth 401(k) Plan[6] | John van Merkensteijn | $ 672,112,226 | $ 15,373,992 | $ 4,150,978 | $ (35,283) | $ (3,113,233) | $ (115,581) | $ - | $ - | $ 886,880 | 21.4% |
| STOR Capital Consulting LLC 401(k) Plan[7] | Robert Klugman | $ 646,576,763 | $ 14,657,801 | $ 3,957,606 | $ (33,640) | $ (2,968,205) | $ (94,177) | $ - | $ - | $ 861,585 | 21.8% |
| Edgepoint Capital LLC Roth 401(k) Plan[8] | Robert Klugman | $ 802,387,731 | $ 17,092,435 | $ 4,704,675 | $ (35,285) | $ (3,528,506) | $ (147,493) | $ - | $ - | $ 993,391 | 21.1% |
| Loggerhead Services LLC Roth 401(k) Plan[9] | Perry Lerner | $ 1,074,275,449 | $ 38,725,090 | $ 10,455,774 | $ (52,061) | $ (7,841,831) | $ (132,379) | $ (2,350,183) | $ 41,194 | $ 120,514 | 1.2% |
| Roadcraft Technologies LLC Roth 401(k) Plan[10] | Ronald Altbach | $ 1,041,022,669 | $ 36,885,870 | $ 9,959,185 | $ (53,866) | $ (7,469,389) | $ (148,186) | $ (2,316,050) | $ 150,274 | $ 121,967 | 1.2% |
| The Bareroot Capital Investments LLC 401(k) Plan[11] | David Zelman | $ 694,869,341 | $ 16,223,622 | $ 4,380,378 | $ (32,853) | $ (3,285,283) | $ (119,089) | $ (933,950) | $ 38,134 | $ 47,337 | 1.1% |
| The Costello Advisors Pension Plan[12] | Gavin Crescenzo | $ 660,099,881 | $ 14,872,599 | $ 4,015,602 | $ (30,117) | $ (3,889,380) | $ (96,105) | $ - | $ - | $ - | 0.0% |
| The LBR Capital Pension Plan[13] | Doston Bradley | $ 737,873,456 | $ 15,891,086 | $ 4,290,593 | $ (42,906) | $ (4,118,328) | $ (129,301) | $ - | $ - | $ - | 0.0% |
| The FWC Capital LLC Pension Plan[14] | Roger Lehman | $ 1,183,509,081 | $ 38,830,045 | $ 10,484,112 | $ (53,352) | $ (10,275,618) | $ (155,142) | $ - | $ (59) | $ - | 0.0% |
| The Proper Pacific LLC 401(k) Plan[15] | Doston Bradley | $ 783,034,148 | $ 15,995,932 | $ 4,318,902 | $ (43,189) | $ (4,150,142) | $ (125,582) | $ - | $ 11 | $ - | 0.0% |
| The Oaks Group Pension Plan[16] | Matthew Tucci | $ 1,139,614,285 | $ 38,221,886 | $ 10,319,909 | $ (52,108) | $ (10,140,940) | $ (133,557) | $ - | $ 6,695 | $ - | 0.0% |
| The SVP 401(k) Plan[17] | Svetlin Petkov | $ 610,996,178 | $ 14,097,947 | $ 3,806,446 | $ (28,548) | $ (3,689,260) | $ (88,637) | $ - | $ - | $ - | 0.0% |
| **Total** | | **$ 15,962,407,201** | **$ 400,097,608** | **$ 107,747,836** | **$ (696,977)** | **$ (86,302,533)** | **$ (1,887,784)** | **$ (9,290,034)** | **$ 236,249** | **$ 9,806,757** | |
| *% of Tax Refunds* | | | | | | *80.1%* | | *8.6%* | | | |

Notes:
[1] See Exhibits 1.01-1.04.
[2] This amount represents the USD equivalent of Step 1 of the Solo Trading Loops shown in Exhibit 3. Historical daily exchange rates obtained from Capital IQ.
[3] Dividends converted into USD using historical daily exchange rates obtained from Capital IQ. See SKAT_MDL_001_00059498; SKAT_MDL_001_00059293; SKAT_MDL_001_00079683; SKAT_MDL_001_00057073; SKAT_MDL_001_00080795; SKAT_MDL_001_014586; SKAT_MDL_001_00060743; SKAT_MDL_00056852; SKAT_MDL_001_00048046; SKAT_MDL_001_00085151; SKAT_MDL_001_00089378; SKAT_MDL_001_00088872; SKAT_MDL_001_035653; SKAT_MDL_001_027929
[4] WH_MDL_00037988; MPSKAT00081173; MPSKAT00085392; MPSKAT00085414; MPSKAT00081626; GUNDERSON00003181; MPSKAT00081360; MPSKAT00085414; MPSKAT00090278; MPSKAT00101955; MPSKAT00103718; MPSKAT00129628; MPSKAT00131661; MPSKAT00145731
[5] MPSKAT00169069
[6] WH_MDL_00162577; MPSKAT00007325; GUNDERSON00009434; MPSKAT00007256; WH_MDL_00037259; WH_MDL_00043703; WH_MDL_00043788; WH_MDL_00049844; WH_MDL_00050278; JHVM_0001854
[7] ELYSIUM-05093143; KLUGMAN00067805; KLUGMAN00067806; KLUGMAN00067807; STOR00001880
[8] KLUGMAN00039243; MPSKAT00007321; MPSKAT00006968; KLUGMAN00003945; WH_MDL_00036641; WH_MDL_00037493; WH_MDL_00044408; WH_MDL_00086296; WH_MDL_00050029; KLUGMAN00003565
[9] MBI_0048625; ELYSIUM-05399473; MPSKAT00007016; MPSKAT00008639; WH_MDL_00090795; KLUGMAN00003356; LH00000089; MPSKAT00005894; LH00000069; LH00000078; PL00000563
[10] WH_MDL_00029587; MPSKAT00007347; MPSKAT00007012; KLUGMAN00003362; WH_MDL_00090784; WH_MDL_00050282; KLUGMAN00003260; WH_MDL_00090783; RC00000056
[11] WH_MDL_00029448; MPSKAT00007323; MPSKAT00008967; WH_MDL_00020572; WH_MDL_00021803; WH_MDL_00022890; WH_MDL_00043463; BR00000044; KLUGMAN00003260; WH_MDL_00090783
[12] LEHMAN00019473; COSTELLO00000092; COSTELLO00000313; COSTELLO00000314
[13] LBR00000339-346; LBR00000126; ELYSIUM-05065630; ELYSIUM-05088638
[14] FWCCAP00000194; LEHMAN00019330; ELYSIUM-05088637; ELYSIUM-05269913; FWCCAP00000407-413
[15] PROPPACIF00000533; ELYSIUM-05088639; ELYSIUM-05093143; PROPPACIFIC00000113; PROPPACIFIC00000317-321
[16] OAKS00000066; OAKS00000085; OAKS00000294-296
[17] ELYSIUM-05093143; SVP00000312-313

# **APPENDIX D**

## **EXHIBIT 5 – SAMPLE CASH FLOW ANALYSIS**

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.01 - Summary of Cash Flows from Sample Claims (Argre)

| Shareholder (Pension Plan) | Beneficiary[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership %[3] | Partnership Payment (USD)[3] | Maximum Potential Amount Remaining for Plan (USD)[4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mill River Capital Management Pension Plan[5] | Adam Larosa | Chr. Hansen Holding A/S | 12/21/2012 | 2/6/2013 | 783,000.00 | 5.51135 | $ 142,070.45 | 66.7% | $ (94,718.37) | 90% | $ (42,616.87) | $ 4,735.21 | 3.3% |
| Xiphias LLC Pension Plan[6] | Quartet | Novo Nordisk A/S - B | 4/19/2013 | 5/15/2013 | 13,851,000.00 | 5.79878 | $ 2,388,605.88 | 66.7% | $ (1,592,483.54) | n/a | $ - | $ 796,122.34 | 33.3% |
| 2321 Capital Pension Plan[7] | Luke McGee | DSV A/S | 4/19/2013 | 5/15/2013 | 286,875.00 | 5.79878 | $ 49,471.61 | 66.1% | $ (32,676.00) | 95% | $ (15,955.83) | $ 839.78 | 1.7% |
| Remece Investments LLC Pension Plan[8] | Quartet | TDC A/S | 4/23/2013 | 5/8/2013 | 2,235,600.00 | 5.65433 | $ 395,378.41 | 66.3% | $ (262,135.89) | n/a | $ - | $ 133,242.52 | 33.7% |
| California Catalog Company Pension Plan[9] | Daniel Stein | FLSmidth & Co A/S | 5/16/2013 | 6/17/2013 | 777,600.00 | 5.59373 | $ 139,012.79 | 66.1% | $ (91,817.95) | 95% | $ (44,835.10) | $ 2,359.74 | 1.7% |
| DFL Investments Pension Plan[10] | David Colodner | Tryg A/S | 5/16/2013 | 6/17/2013 | 1,614,600.00 | 5.59373 | $ 288,644.61 | 66.1% | $ (190,649.76) | 95% | $ (93,095.10) | $ 4,899.74 | 1.7% |
| Raubriter LLC Pension Plan[11] | Alexander Burns | A.P. Moller Maersk A/S - B | 5/16/2013 | 6/17/2013 | 3,110,400.00 | 5.59373 | $ 556,051.15 | 66.1% | $ (367,271.78) | 90% | $ (169,901.43) | $ 18,877.94 | 3.4% |
| Michelle Investments Pension Plan[12] | Quartet | Novo Nordisk A/S - B | 5/16/2013 | 6/17/2013 | 14,580,000.00 | 5.59373 | $ 2,606,489.77 | 66.1% | $ (1,723,411.03) | n/a | $ - | $ 883,078.73 | 33.9% |
| Davin Investments Pension Plan[13] | David Vinyon | Tryg A/S | 6/12/2013 | 6/27/2013 | 877,500.00 | 5.73072 | $ 153,122.12 | 66.1% | $ (101,259.66) | 90% | $ (46,676.22) | $ 5,186.25 | 3.4% |
| Next Level Pension Plan[14] | Edwin Miller | Chr. Hansen Holding A/S | 12/10/2013 | 1/2/2014 | 1,325,488.64 | 5.46185 | $ 242,681.26 | 66.7% | $ (161,795.60) | 95% | $ (76,841.38) | $ 4,044.28 | 1.7% |
| 2321 Capital Pension Plan[15] | Luke McGee | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,699,110.00 | 5.51333 | $ 308,182.17 | 66.7% | $ (205,465.05) | 95% | $ (97,581.26) | $ 5,135.86 | 1.7% |
| Michelle Investments Pension Plan[16] | Quartet | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,854,090.00 | 5.51333 | $ 336,292.22 | 66.7% | $ (224,206.02) | n/a | $ - | $ 112,086.20 | 33.3% |
| Laegeler Asset Management Pension Plan[17] | Brian & Cindy Laegeler | Danske Bank A/S | 4/17/2014 | 6/3/2014 | 2,351,536.92 | 5.47754 | $ 429,305.29 | 66.7% | $ (286,217.84) | 90% | $ (128,778.71) | $ 14,308.75 | 3.3% |
| Bowline Management Pension Plan[17] | Luke McGee | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 641,734.92 | 5.48118 | $ 117,079.70 | 66.6% | $ (77,975.08) | 95% | $ (37,149.39) | $ 1,955.23 | 1.7% |
| Davin Investments Pension Plan[17] | David Vinyon | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 763,830.00 | 5.48118 | $ 139,355.03 | 66.7% | $ (92,908.00) | 90% | $ (41,802.33) | $ 4,644.70 | 3.3% |
| Next Level Pension Plan[17] | Edwin Miller | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 690,261.48 | 5.48118 | $ 125,933.01 | 66.7% | $ (83,959.54) | 95% | $ (39,874.80) | $ 2,098.67 | 1.7% |
| Remece Investments LLC Pension Plan[18] | Quartet | TDC A/S | 8/15/2014 | 8/28/2014 | 1,130,020.88 | 5.65628 | $ 199,781.64 | 66.1% | $ (132,055.66) | n/a | $ - | $ 67,725.98 | 33.9% |
| **Total** | | | | | 48,572,647.84 | | $ 8,617,457.11 | | $ (5,721,006.77) | | $ (835,108.42) | $ 2,061,341.92 | |
| *% of Tax Refunds* | | | | | | | | | *66.4%* | | *9.7%* | | |

Notes:
[1] See Exhibit 1.01.
[2] S&P Capital IQ
[3] Partnership payments are calculated by applying the partnership percentages from each plan's agreement when applicable. *See* Richard Markowitz Exhibit 2133.
[4] This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
[5] ELYSIUM-05271121; MPSKATB0164905; MPSKAT00028011
[6] ELYSIUM-05280747; MPSKATB0005012
[7] WH_MDL_00032832; MPSKATB0081358
[8] ELYSIUM-05280747
[9] JHVM_0005295; MPSKATB0022222; MPSKATB0085491
[10] JHVM_0005489; MPSKATB0085416
[11] JHVM_0005282; MPSKATB0163842
[12] JHVM_0005262; MPSKATB0163835
[13] JHVM_0006014; MPSKATB0085944
[14] ELYSIUM-03186605; ELYSIUM-07841870; MPSKATB0101963
[15] ELYSIUM-03186605; ELYSIUM-07841870; MPSKATB0165983
[16] ELYSIUM-03186605; ELYSIUM-07841870; MPSKATB0103724
[17] ELYSIUM-03252000; ELYSIUM-05269912
[18] ELYSIUM-05269912; MPSKATB0143527

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.02 - Summary of Cash Flows from Sample Claims (Kaye Scholer)

| Shareholder (Pension Plan) | Beneficiary[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership %[3] | Partnership Payment (USD)[3] | Maximum Potential Amount Remaining for Plan (USD)[4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Routt Capital Pension Plan[5] | Richard Markowitz | Coloplast A/S - B | 12/15/2014 | 4/20/2015 | 2,104,027.65 | 6.9367 | $ 303,318.24 | 75.0% | $ (227,488.68) | n/a | $ - | $ 75,829.56 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[6] | Edwin Miller | A.P. Møller Mærsk A/S - A | 4/14/2015 | 5/22/2015 | 12,684,804.12 | 6.75566 | $ 1,877,655.79 | 75.0% | $ (1,408,241.84) | 95% | $ (445,943.25) | $ 23,470.70 | 1.3% |
| Green Scale Management LLC Roth 401(K) Plan[7] | Edwin Miller | A.P. Møller Mærsk A/S - A | 4/24/2015 | 5/21/2015 | 21,395,362.68 | 6.70381 | $ 3,191,522.83 | 75.0% | $ (2,393,642.12) | 95% | $ (757,986.67) | $ 39,894.04 | 1.3% |
| Routt Capital Pension Plan[8] | Richard Markowitz | Tryg A/S | 5/1/2015 | 5/21/2015 | 817,287.57 | 6.70381 | $ 121,913.89 | 75.0% | $ (91,435.42) | n/a | $ - | $ 30,478.47 | 25.0% |
| Trailing Edge Productions LLC Roth 401(K) Plan[9] | Perry Lerner | Tryg A/S | 4/27/2015 | 5/29/2015 | 273,642.84 | 6.7974 | $ 40,256.99 | 75.0% | $ (30,192.74) | 95% | $ (9,561.03) | $ 503.21 | 1.3% |
| True Wind Investments LLC Roth 401(K) Plan[10] | Ronald Altbach | Carlsberg A/S - B | 4/27/2015 | 5/29/2015 | 431,845.02 | 6.7974 | $ 63,530.91 | 75.0% | $ (47,648.18) | 95% | $ (15,088.59) | $ 794.14 | 1.3% |
| Fulcrum Productions LLC Roth 401(K) Plan[11] | Edwin Miller | TDC A/S | 4/28/2015 | 5/29/2015 | 788,100.30 | 6.7974 | $ 115,941.43 | 75.0% | $ (86,956.08) | 95% | $ (27,536.09) | $ 1,449.27 | 1.3% |
| The Random Holdings 401(K) Plan[8] | Robert Klugman | TDC A/S | 4/30/2015 | 5/29/2015 | 769,460.85 | 6.7974 | $ 113,199.29 | 75.0% | $ (84,899.47) | n/a | $ - | $ 28,299.82 | 25.0% |
| Hadron Industries LLC Roth 401(K) Plan[8] | Richard Markowitz | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 197,131.32 | 6.7974 | $ 29,000.99 | 75.0% | $ (21,750.74) | n/a | $ - | $ 7,250.25 | 25.0% |
| The Random Holdings 401(K) Plan[8] | Robert Klugman | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 194,927.31 | 6.7974 | $ 28,676.75 | 75.0% | $ (21,507.56) | n/a | $ - | $ 7,169.19 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[6] | Edwin Miller | Tryg A/S | 4/27/2015 | 7/16/2015 | 823,371.48 | 6.84556 | $ 120,278.18 | 75.0% | $ (90,208.63) | 95% | $ (28,566.07) | $ 1,503.48 | 1.3% |
| Ballast Ventures LLC Roth 401(K) Plan[12] | Joseph Herman | Danske Bank A/S | 5/22/2015 | 7/8/2015 | 4,580,203.32 | 6.7314 | $ 680,423.58 | 75.0% | $ (510,317.69) | 95% | $ (161,600.60) | $ 8,505.29 | 1.3% |
| Albedo Management LLC Roth 401(K) Plan[13] | Joseph Herman | Coloplast A/S - B | 5/22/2015 | 7/8/2015 | 1,788,477.57 | 6.7314 | $ 265,691.77 | 75.0% | $ (199,268.83) | 95% | $ (63,101.80) | $ 3,321.15 | 1.3% |
| Sternway Logistics LLC Roth 401(K) Plan[14] | Robin Jones | Coloplast A/S - B | 6/10/2015 | 7/8/2015 | 352,234.58 | 6.7314 | $ 52,327.09 | 75.0% | $ (39,245.32) | 95% | $ (12,427.68) | $ 654.09 | 1.3% |
| Sternway Logistics LLC Roth 401(K) Plan[15] | Robin Jones | Carlsberg A/S - B | 5/21/2015 | 7/20/2015 | 433,509.57 | 6.87694 | $ 63,038.15 | 75.0% | $ (47,278.61) | 95% | $ (14,971.56) | $ 787.98 | 1.3% |
| Headsail Manufacturing LLC Roth 401(K) Plan[8] | Robert Klugman | Vestas Wind Systems A/S | 6/24/2015 | 8/10/2015 | 1,987,662.81 | 6.79162 | $ 292,664.02 | 75.0% | $ (219,498.01) | n/a | $ - | $ 73,166.00 | 25.0% |
| **Total** | | | | | 49,622,048.99 | | $ 7,359,439.90 | | $ (5,519,579.93) | | $ (1,536,783.35) | $ 303,076.63 | |
| % of Tax Refunds | | | | | | | | | 75.0% | | 20.9% | | |

Notes:
[1] See Exhibit 1.02.
[2] S&P Capital IQ
[3] Partnership payments are calculated by applying the partnership percentages from each plan's agreement when applicable.
[4] This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
[5] ELYSIUM-05399473; WH_MDL_00042466
[6] ELYSIUM-07846030; KF_MDL_11480
[7] ELYSIUM-07846030; KF_MDL_00964
[8] ELYSIUM-07846030
[9] ELYSIUM-07846030; WH_MDL_00012603
[10] ELYSIUM-07846030; KF_MDL_13696
[11] ELYSIUM-07846030; KF_MDL_11490
[12] ELYSIUM-07846030; WH_MDL_00008227
[13] ELYSIUM-07846030; WH_MDL_00008217
[14] ELYSIUM-07846030; WH_MDL_00029420
[15] MPSKAT00010740; ELYSIUM-05065630; ELYSIUM-07846030; WH_MDL_00029420

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.03 - Summary of Cash Flows from Sample Claims (Lehman)

| Shareholder (Pension Plan) | Plan Participant[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Maximum Potential Amount Remaining for Plan (USD)[3] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gyos 23 LLC Solo 401(K) Plan[4] | Doston Bradley, Sr. | Chr. Hansen Holding A/S | 1/28/2014 | 2/13/2014 | 1,298,017.82 | 5.45997 | $ 237,733.51 | 95.4% | $ (226,797.77) | $ 10,935.74 | 4.6% |
| FiftyEightSixty LLC Solo 401(K) Plan[5] | Danielle Taglianetti | TDC A/S | 3/20/2014 | 5/14/2014 | 2,324,241.22 | 5.44344 | $ 426,980.22 | 88.6% | $ (378,304.48) | $ 48,675.75 | 11.4% |
| NYCATX LLC Solo 401(K) Plan[6] | Carl Vergari | Novo Nordisk A/S - B | 4/17/2014 | 6/4/2014 | 13,037,973.03 | 5.48206 | $ 2,378,298.13 | 93.9% | $ (2,233,221.94) | $ 145,076.19 | 6.1% |
| Ackview Solo 401(K) Plan[7] | Sean Patrick Driscoll | A.P. Møller Mærsk A/S - B | 4/17/2014 | 6/3/2014 | 4,999,428.00 | 5.47754 | $ 912,714.10 | 97.5% | $ (889,896.25) | $ 22,817.85 | 2.5% |
| Delgado Fox LLC Solo 401(K) Plan[8] | Bobbie Bradley | Danske Bank A/S | 4/28/2014 | 6/4/2014 | 1,778,970.60 | 5.48206 | $ 324,507.69 | 94.4% | $ (306,335.25) | $ 18,172.43 | 5.6% |
| The Dink 14 LLC 401(K) Plan[9] | Vincent Natoli | Carlsberg A/S - B | 4/30/2014 | 6/18/2014 | 1,124,504.64 | 5.49397 | $ 204,679.79 | 95.2% | $ (194,855.16) | $ 9,824.63 | 4.8% |
| The Skybox LLC 401(K) Plan[9] | Bradley Crescenzo | Carlsberg A/S - B | 5/20/2014 | 6/18/2014 | 1,254,186.72 | 5.49397 | $ 228,284.23 | 95.2% | $ (217,326.59) | $ 10,957.64 | 4.8% |
| The Balmoral Management LLC 401(K) Pension Plan[9] | John LaChance | A.P. Møller Mærsk A/S - A | 6/4/2014 | 7/11/2014 | 5,194,476.00 | 5.48354 | $ 947,285.15 | 95.2% | $ (901,815.46) | $ 45,469.69 | 4.8% |
| The M2F Wellness LLC 401(K) Plan[9] | Maryann Protass | Coloplast A/S - B | 7/18/2014 | 5/14/2014 | 923,717.52 | 5.44344 | $ 169,693.71 | 95.2% | $ (161,548.41) | $ 8,145.30 | 4.8% |
| The MPQ Holdings LLC 401K Plan[9] | Mitchell Protass | A.P. Møller Mærsk A/S - A | 7/18/2014 | 8/7/2014 | 4,408,614.00 | 5.58256 | $ 789,711.89 | 95.2% | $ (751,805.72) | $ 37,906.17 | 4.8% |
| The DMR Pension Plan[10] | Doston Bradley | A.P. Møller Mærsk A/S - A | 4/13/2015 | 4/28/2015 | 12,805,074.54 | 6.80441 | $ 1,881,878.74 | 95.0% | $ (1,787,784.81) | $ 94,093.94 | 5.0% |
| The Mountain Air LLC 401(K) Plan[10] | Scott Shapiro | A.P. Møller Mærsk A/S - A | 4/21/2015 | 5/12/2015 | 21,275,624.43 | 6.64217 | $ 3,203,113.51 | 95.0% | $ (3,042,957.83) | $ 160,155.68 | 5.0% |
| The Jayfran Blue Pension Plan[10] | Francine Taglianetti | Danske Bank A/S | 4/23/2015 | 5/12/2015 | 4,947,384.42 | 6.64217 | $ 744,844.59 | 95.0% | $ (707,602.36) | $ 37,242.23 | 5.0% |
| The JT Health Consulting LLC 401(K) Plan[10] | Jana Taglianetti | Novozymes A/S - B | 4/27/2015 | 5/29/2015 | 627,934.68 | 6.7974 | $ 92,378.66 | 95.0% | $ (87,759.72) | $ 4,618.93 | 5.0% |
| The Lakeview Advisors 401(K) Plan[10] | Matthew Tucci | TDC A/S | 4/27/2015 | 5/29/2015 | 766,052.64 | 6.7974 | $ 112,697.89 | 95.0% | $ (107,063.00) | $ 5,634.89 | 5.0% |
| The Busby Black 401(K) Plan[10] | Monica Bradley | A.P. Møller Mærsk A/S - B | 4/27/2015 | 5/29/2015 | 4,194,031.77 | 6.7974 | $ 617,005.29 | 95.0% | $ (586,155.03) | $ 30,850.26 | 5.0% |
| The Canada Rock LLC 401(K) Plan[10] | Monica Bradley | Tryg A/S | 4/27/2015 | 5/29/2015 | 822,337.92 | 6.7974 | $ 120,978.30 | 95.0% | $ (114,929.39) | $ 6,048.92 | 5.0% |
| The Snow Hill Pension Plan[11] | Scott Shapiro | GN Store Nord A/S | 4/27/2015 | 7/28/2015 | 142,750.59 | 6.75434 | $ 21,134.65 | 95.0% | $ (20,077.91) | $ 1,056.73 | 5.0% |
| The SKSL LLC Pension Plan[10] | Scott Shapiro | Novo Nordisk A/S - B | 4/27/2015 | 7/16/2015 | 7,884,472.50 | 6.84556 | $ 1,151,764.43 | 95.0% | $ (1,094,176.21) | $ 57,588.22 | 5.0% |
| The Hoboken Advisors LLC 401K Plan[10] | Stacey Lopis | Vestas Wind Systems A/S | 4/27/2015 | 7/16/2015 | 1,181,660.80 | 6.84556 | $ 172,617.11 | 95.0% | $ (163,986.26) | $ 8,630.86 | 5.0% |
| The Snow Hill Pension Plan[11] | Scott Shapiro | Novozymes A/S - B | 4/27/2015 | 7/28/2015 | 676,834.38 | 6.75434 | $ 100,207.33 | 95.0% | $ (95,196.96) | $ 5,010.37 | 5.0% |
| The Bella Consultants Pension Plan[10] | Anthony Sinclair | GN Store Nord A/S | 4/28/2015 | 5/29/2015 | 145,557.73 | 6.7974 | $ 21,413.74 | 95.0% | $ (20,343.05) | $ 1,070.69 | 5.0% |
| CSCC Capital Pension Plan[10] | Scott Shapiro | A.P. Møller Mærsk A/S - B | 5/1/2015 | 5/21/2015 | 12,785,916.42 | 6.70381 | $ 1,907,261.16 | 95.0% | $ (1,811,898.10) | $ 95,363.06 | 5.0% |
| The Atlantic DHR 401(K) Plan[10] | Joanne Bradley | TDC A/S | 5/1/2015 | 5/21/2015 | 745,868.52 | 6.70381 | $ 111,260.39 | 95.0% | $ (105,697.37) | $ 5,563.02 | 5.0% |
| The Jump Group LLC 401(K) Plan[10] | Joseph Whalen | Pandora A/S | 5/1/2015 | 5/21/2015 | 1,178,141.76 | 6.70381 | $ 175,742.12 | 95.0% | $ (166,955.01) | $ 8,787.11 | 5.0% |
| The Shapiro Blue Management LLC 401(K) Plan[10] | Scott Shapiro | A.P. Møller Mærsk A/S - B | 5/1/2015 | 5/21/2015 | 12,783,787.74 | 6.70381 | $ 1,906,943.62 | 95.0% | $ (1,811,596.44) | $ 95,347.18 | 5.0% |
| The Jump Group LLC 401(K) Plan[10] | Joseph Whalen | FLSmidth & Co A/S | 5/1/2015 | 5/21/2015 | 979,297.29 | 6.70381 | $ 146,080.70 | 95.0% | $ (138,776.67) | $ 7,304.04 | 5.0% |
| CSCC Capital Pension Plan[11] | Scott Shapiro | Coloplast A/S - B | 5/1/2015 | 5/21/2015 | 1,861,303.05 | 6.70381 | $ 277,648.54 | 95.0% | $ (263,766.11) | $ 13,882.43 | 5.0% |
| The Fieldcrest Pension Plan[10] | Cynthia Crescenzo | A.P. Møller Mærsk A/S - A | 5/7/2015 | 7/6/2015 | 4,184,452.71 | 6.7443 | $ 620,442.85 | 95.0% | $ (589,420.71) | $ 31,022.14 | 5.0% |
| The Westport Advisors LLC 401(K) Plan[10] | Cynthia Crescenzo | TDC A/S | 5/7/2015 | 7/8/2015 | 748,819.89 | 6.7314 | $ 111,242.82 | 95.0% | $ (105,680.67) | $ 5,562.14 | 5.0% |
| The Regoleth Pension Plan[10] | Bradley Crescenzo | A.P. Møller Mærsk A/S - A | 5/7/2015 | 7/8/2015 | 4,197,756.96 | 6.7314 | $ 623,608.31 | 95.0% | $ (592,427.89) | $ 31,180.42 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | TDC A/S | 5/7/2015 | 7/8/2015 | 807,637.23 | 6.7314 | $ 119,980.57 | 95.0% | $ (113,981.54) | $ 5,999.03 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | A.P. Møller Mærsk A/S - A | 5/7/2015 | 7/8/2015 | 4,195,628.28 | 6.7314 | $ 623,292.08 | 95.0% | $ (592,127.47) | $ 31,164.60 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[11] | Danielle Tucci | Chr. Hansen Holding A/S | 5/11/2015 | 7/8/2015 | 816,338.50 | 6.7314 | $ 121,273.21 | 95.0% | $ (115,209.55) | $ 6,063.66 | 5.0% |
| The Chambers Property Management LLC 401(K) Plan[10] | Jeffrey Chambers | Novo Nordisk A/S - B | 5/14/2015 | 7/8/2015 | 7,798,337.10 | 6.7314 | $ 1,158,501.52 | 95.0% | $ (1,100,576.44) | $ 57,925.08 | 5.0% |
| The Chambers Property Management LLC 401(K) Plan[10] | Jeffrey Chambers | DSV A/S | 5/14/2015 | 7/8/2015 | 299,757.46 | 6.7314 | $ 44,531.22 | 95.0% | $ (42,304.66) | $ 2,226.56 | 5.0% |
| The Blackbird 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/7/2015 | 1,080,973.35 | 6.81756 | $ 158,557.22 | 95.0% | $ (150,629.36) | $ 7,927.86 | 5.0% |
| The Beech Tree Partners 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/3/2015 | 1,778,265.50 | 6.72242 | $ 264,527.58 | 95.0% | $ (251,301.20) | $ 13,226.38 | 5.0% |
| **Total** | | | | | **148,056,127.71** | | **$ 23,230,816.55** | | **$ (22,042,288.76)** | **$ 1,188,527.79** | |
| *% of Tax Refunds* | | | | | | | | | | *94.9%* | |

Notes:
[1] See Exhibit 1.03.
[2] S&P Capital IQ
[3] This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
[4] ELYSIUM-03151866; ELYSIUM-05269912
[5] FIFTYEIGHTSIXTY00001228; ELYSIUM-04982177; GYOS00000210-212
[6] NYCATX00000106;ELYSIUM-04982177 NYCATAX00000241-243
[7] ELYSIUM-05269912; ACKVIEW00000203; ACKVIEW00000204
[8] DELGAD00000310; DELGAD00000239; ELYSIUM-05269912
[9] ELYSIUM-05269912
[10] ELYSIUM-07846030
[11] ELYSIUM-08269913