# Exhibit 21

## Arnold & Porter Kaye Scholer LLP

### Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | |
| | 2632796 | 5/4/2010 | | - | $268.55 | ($268.55) | 5/4/2010 | - | |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | |
| | 2756477 | 12/10/2013 | | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | |
| | | **General - Total** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |
| | | **GRAND TOTAL** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |

1
6/15/2018 11:09:17 AM

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

WH_MDL_00355007



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                      March 4, 2010
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 626801
**Our File Number:** 00647/0001                               **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|            |                          | Hours |
|------------|--------------------------|------:|
| 01/12/2010 | Ben-Jacob, Michael       |  1.00 |
| 01/21/2010 | Ben-Jacob, Michael       |  0.67 |
| 01/22/2010 | Ben-Jacob, Michael       |  0.08 |
| 01/22/2010 | Ben-Jacob, Michael       |  0.08 |
| 02/02/2010 | Migliaccio, Christopher  |  2.75 |
| 02/03/2010 | Migliaccio, Christopher  |  1.00 |
| 02/04/2010 | Migliaccio, Christopher  |  1.50 |
| 02/05/2010 | Ben-Jacob, Michael       |  0.17 |
| 02/05/2010 | Migliaccio, Christopher  |  2.75 |
| 02/11/2010 | Ben-Jacob, Michael       |  0.25 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      March 4, 2010

  RE: General                                            **Invoice#:** 626801
  **Our File Number:** 00647/0001                              **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════

████████████████████████████████████████████████

02/11/2010  Migliaccio, Christopher                              3.50

████████████████████████████████████████████████
                                                             ----------
                                    Total Hours.................   13.75
                    Fees through 02/28/2010....................  $6,026.25


      *--------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate        Hours         Fees
      Ben-Jacob, Michael           $685.00       2.25      $1,541.25
      Migliaccio, Christopher       390.00      11.50       4,485.00

                    Fees through 02/28/2010...............   13.75     $6,026.25


      Fees this Invoice.........................................................  $6,026.25
      **Total Due this Invoice............................................**  **$6,026.25**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          WH_MDL_00355009

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

   **RE:** General                                          **Invoice#:** 626801
   **Our File Number:** 00647/0001                              **PAGE:**   3

===============================================================================

<u>Kaye Scholer LLP</u>

                                          425 Park Avenue
                                          New York, NY  10022-3598
                                          212-836-8000
                                          Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      April 12, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                      **Invoice#:** 631064
**Our File Number:** 00647/0001                          **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|            |                      | Hours |
|------------|----------------------|-------|
| 01/20/2010 | Tuchman, L.          | 0.50  |
| 01/20/2010 | Tuchman, L.          | 0.50  |
| 01/20/2010 | Tuchman, L.          | 0.58  |
| 01/21/2010 | Ben-Jacob, Michael   | 0.67  |
| 01/21/2010 | Tuchman, L.          | 0.17  |
| 01/21/2010 | Tuchman, L.          | 0.17  |
| 01/21/2010 | Tuchman, L.          | 0.17  |
| 02/02/2010 | Ben-Jacob, Michael   | 1.00  |
| 03/16/2010 | Ben-Jacob, Michael   | 0.75  |

03/16/2010 Ben-Jacob, Michael
Call w/Matt re tax credits for German withholding on dividends; follow up
meeting w/Greg.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER           WH_MDL_00355011

KAYE SCHOLER LLP

TO:   Argre Management LLC                                        April 12, 2010

RE: General                                              **Invoice#:** 631064
**Our File Number:** 00647/0001                                 **PAGE:**   2

| Date | | Hours |
|---|---|---|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours................   13.01

Fees through 03/31/2010...................................   $8,723.50

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355012

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      April 12, 2010

RE: General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    3

======================================================================

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due............................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice............................................................... | $8,723.50 |
| Total Due this Invoice....................................................... | $8,723.50 |
| Prior Balance Due (from above)....................................... | 6,026.25 |
| **TOTAL DUE**............................................................... | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355013**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                              April 12, 2010

RE: General                                                     **Invoice#:** 631064
**Our File Number:** 00647/0001                                    **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                        425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 4, 2010
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com
       Attn: John H. van Merkensteijn, III


       **RE:** General                           **Invoice#:** 632796
       **Our File Number:** 00647/0001            **PAGE:**    1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/04/2010

---

On-Account Fees..................................................    $268.55

Adjusted Fees................................................          $268.55

**Total Due this Invoice.............................................**    **$268.55**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
    Mail Code 81
    P. O. Box 11839
    Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: Argre Management LLC
    Our File Number: 00647/0001
    Invoice Number: 632796
    Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355016



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                May 10, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|            |                    | Hours |
|------------|--------------------|-------|
| 04/16/2010 | Tuchman, L.        | 0.75  |
| 04/19/2010 | Ben-Jacob, Michael | 1.08  |
|            | Attention to matters needed for Irish/German dividend deal. | |
| 04/20/2010 | Tuchman, L.        | 0.75  |
| 04/22/2010 | Tuchman, L.        | 0.33  |
| 04/23/2010 | Ben-Jacob, Michael | 2.17  |
| 04/23/2010 | Tuchman, L.        | 4.25  |
| 04/26/2010 | Ben-Jacob, Michael | 1.17  |
| 04/27/2010 | Ben-Jacob, Michael | 0.25  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                    May 10, 2010

RE: General                                                       **Invoice#:** 633095
**Our File Number:** 00647/0001                                   **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════════

04/27/2010   Schneider, W.H.                                                        0.25

04/27/2010   Tuchman, L.                                                            4.58

04/28/2010   Ben-Jacob, Michael                                                     0.25

04/28/2010   Tuchman, L.                                                            4.25
             Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
             conference call with potential investor; office conferences with M. Ben-
             Jacob re: proposed structure; revision of steps outline and charts; research
             carried interest issues and office conference with G. Benson.

04/29/2010   Ben-Jacob, Michael                                                     0.83

04/29/2010   Schneider, W.H.                                                        0.25

04/29/2010   Tuchman, L.                                                            1.83

                                                                              ----------
                                        Total Hours................    22.99

                     Fees through 04/30/2010....................................    $18,940.05


*-----------------------------TIME AND FEE SUMMARY-----------------------------*
                            Rate          Hours          Fees
Ben-Jacob, Michael         $685.00         5.75        $3,938.75
Schneider, W.H.             875.00         0.50           437.50
Tuchman, L.                 870.00        16.74        14,563.80
                                         --------      ----------
             Fees through 04/30/2010...............    22.99        $18,940.05


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355018**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                May 10, 2010

RE: General                                              Invoice#: 633095
Our File Number: 00647/0001                                 PAGE:    3

===================================================================

*-----------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------*
　　　　Meals                                              $77.90
　　　　　　　　　　　　　　　　　　　　　　　　　-------------------
　　　　　　　　Total Costs through 04/30/2010........................    $77.90


Fees this Invoice...................................    $18,940.05
Less Discount of................................    (3,000.00)
Adjusted Fees........................................              $15,940.05
Costs this Invoice..................................                  $77.90
Total Due this Invoice...........................              $16,017.95
Applied On-account Value.......................................              (268.55)
**TOTAL DUE**........................................................    **$15,749.40**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355019**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              May 10, 2010

RE: General                                                    Invoice#: 633095
Our File Number: 00647/0001                                      PAGE:    4

===============================================================================

Kaye Scholer LLP

                                                      425 Park Avenue
                                                      New York, NY  10022-3598
                                                      212-836-8000
                                                      Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355020



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                     June 8, 2010
        40 West 57th Street
        New York, New York 10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                                 **Invoice#:** 635694
**Our File Number:** 00647/0001                                 **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

| | | Hours |
|---|---|---|
| 03/01/2010 | Veillette, Rebecca | 1.50 |
| 03/01/2010 | Veillette, Rebecca | 1.00 |
| 03/03/2010 | Veillette, Rebecca | 0.17 |
| 04/25/2010 | Tuchman, L. | 2.75 |
| 04/26/2010 | Tuchman, L. | 3.83 |
| 04/30/2010 | Tuchman, L. | 1.33 |
| 05/02/2010 | Tuchman, L. | 1.75 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355021**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      June 8, 2010

       **RE:** General                                  **Invoice#:** 635694
       **Our File Number:** 00647/0001                        **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

| | | |
|---|---|---:|
| 05/03/2010 | Tuchman, L. | 0.75 |
| | Telephone conferences with M. Stein and J. Van Merkensteijn. | |
| 05/03/2010 | Benson, Gregg M | 4.00 |
| | ██████████████████████████████ | |
| 05/04/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████ | |
| 05/05/2010 | Tuchman, L. | 0.75 |
| | ██████████████████████████████ | |
| 05/05/2010 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | |
| 05/06/2010 | Tuchman, L. | 1.00 |
| | ██████████████████████████████ | |
| 05/06/2010 | Woodard, A.F. | 1.50 |
| | Review of material re possible investment strategies. | |
| 05/07/2010 | Woodard, A.F. | 0.67 |
| | ██████████████████████████████ | |
| 05/09/2010 | Tuchman, L. | 1.00 |
| | ███████████ | |
| 05/10/2010 | Woodard, A.F. | 0.25 |
| | ███████████ | |

                                              ----------
                           Total Hours.................  24.75

              Fees through 05/31/2010...................................  $19,094.80


   *--------------------------------TIME AND FEE SUMMARY--------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355022**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                            June 8, 2010

RE: General                                               Invoice#: 635694
Our File Number: 00647/0001                                PAGE:    3

|  | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $870.00 | 13.91 | $12,101.70 |
| Woodard, A.F. | 895.00 | 4.17 | 3,732.15 |
| Benson, Gregg M | 625.00 | 4.00 | 2,500.00 |
| Veillette, Rebecca | 285.00 | 2.67 | 760.95 |
| Fees through 05/31/2010............... | | 24.75 | $19,094.80 |

```
*-----------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------*
```
Transportation                                             $132.50
Total Costs through 05/31/2010........................     $132.50


Fees this Invoice..........................................................     $19,094.80
Costs this Invoice.........................................................     $132.50
**Total Due this Invoice...............................................**     **$19,227.30**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                        June 8, 2010

RE: General                                                          Invoice#: 635694
Our File Number: 00647/0001                                           PAGE:   4

═══════════════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

                                                        425 Park Avenue
                                                        New York, NY  10022-3598
                                                        212-836-8000
                                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355024



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    October 6, 2010
        40 West 57th Street
        New York, New York 10019
        Attn: John H. van Merkensteijn, III

RE: General                                          **Invoice#:** 646735
**Our File Number:** 00647/0001                          **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                     | Hours |
|------------|---------------------|------:|
| 09/07/2010 | Ben-Jacob, Michael  | 0.33  |
| 09/20/2010 | Tuchman, L.         | 0.42  |
| 09/21/2010 | Ben-Jacob, Michael  | 0.50  |
| 09/21/2010 | Tuchman, L.         | 0.42  |
| 09/27/2010 | Ben-Jacob, Michael  | 0.50  |
| 09/27/2010 | Tuchman, L.         | 1.00  |

Total Hours................. 3.17

Fees through 09/30/2010.................................... $2,511.85

*---------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Ben-Jacob, Michael | $685.00  | 1.33  | $911.05  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355025**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      October 6, 2010

   **RE:** General                                         **Invoice#:** 646735
   **Our File Number:** 00647/0001                            **PAGE:**   2

===============================================================================

Tuchman, L.                              870.00          1.84          1,600.80

                    Fees through 09/30/2010...............    3.17      $2,511.85


        Fees this Invoice................................................................    $2,511.85

        **Total Due this Invoice................................................................**    **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



## KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 9, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                         **Invoice#:** 653901
**Our File Number:** 00647/0001                              **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                          | Hours |
|------------|--------------------------|-------|
| 11/09/2010 | Ben-Jacob, Michael | 1.67 |
| | Call with Matt regarding dividend transaction. Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael | 0.25 |
| | ████████████████████████████ | |
| 11/11/2010 | Soloveichik, Sarah | 0.17 |
| | ████████████████████████████ | |
| 11/12/2010 | Ben-Jacob, Michael | 0.33 |
| | ████████████████████████████ | |
| 11/17/2010 | Tuchman, L. | 2.75 |
| | ████████████████████████████ | |
| 11/18/2010 | Ben-Jacob, Michael | 0.33 |
| | ████████████████████████ | |
| 11/18/2010 | Gartner, Gary J | 1.00 |
| | ████████████████ | |
| 11/18/2010 | Tuchman, L. | 0.83 |
| | ████████████████████████████ | |
| 11/19/2010 | Ben-Jacob, Michael | 0.17 |
| | ████████████████████████ | |
| 11/19/2010 | Gartner, Gary J | 1.83 |
| | ████████████████████ | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355028**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                December 9, 2010

RE: General                                              **Invoice#:** 653901
**Our File Number:** 00647/0001                          **PAGE:**   2

====================================================================



| | | |
|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

Total Hours................    27.67

Fees through 11/30/2010...................................    $22,438.45


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355029**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                December 9, 2010

RE: General                                          **Invoice#:** 653901
**Our File Number:** 00647/0001                              **PAGE:**    3

===============================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................................... | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice................................................. | $22,438.45 | |
| Less Discount of................................................. | (2,069.85) | |
| Adjusted Fees........................................................................... | | $20,368.60 |
| Total Due this Invoice........................................................... | | $20,368.60 |
| Prior Balance Due (from above).................................................. | | 2,511.85 |
| **TOTAL DUE**................................................................. | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**     **WH_MDL_00355031**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          January 28, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                  **Invoice#:** 657645
**Our File Number:** 00647/0001                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | Hours |
|---|---|---|
| 12/01/2010 | Gartner, Gary J | 1.75 |
|  | Telephone conference regarding withholding issue and consideration of Code provision. | |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
|  | Discussion with Louis Tuchman concerning foreign tax credit issues. | |
| 12/01/2010 | Tuchman, L. | 2.17 |
|  | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ███████████████████ | |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
|  | Received background information from Louis Tuchman. | |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
|  | ███████████████████████████████ | |
| 12/02/2010 | Gartner, Gary J | 1.08 |
|  | Consider issues regarding single stock future. | |
| 12/02/2010 | Tuchman, L. | 0.25 |
|  | Office conference with M.B. Jacobs re: domain trading. | |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
|  | ███████████████████████████████ | |
| 12/03/2010 | Gartner, Gary J | 0.83 |
|  | ███████████████████████████████ | |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355032

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              January 28, 2011

RE: General                                                     Invoice#: 657645
Our File Number: 00647/0001                                     PAGE:    2

Researched how an entity's creditable foreign tax expenditures are
allocated when the entity is a hybrid.

| | | |
|---|---|---|
| 12/03/2010 | Soloveichik, Sarah | 0.75 |
| | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. | |
| 12/06/2010 | Ben-Jacob, Michael | 1.58 |
| | Call with Jerome re German tax refund/FTC questions ██████████ | |
| 12/06/2010 | Wells, Peter B | 2.58 |
| 12/07/2010 | Ben-Jacob, Michael | 1.08 |
| 12/07/2010 | Wells, Peter B | 4.42 |
| 12/08/2010 | Ben-Jacob, Michael | 1.67 |
| 12/08/2010 | Tuchman, L. | 1.25 |
| 12/08/2010 | Wells, Peter B | 1.42 |
| 12/09/2010 | Ben-Jacob, Michael | 0.33 |
| 12/09/2010 | Wells, Peter B | 1.67 |
| 12/15/2010 | Ben-Jacob, Michael | 0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355033**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      January 28, 2011

RE: General                                                    **Invoice#:** 657645
**Our File Number:** 00647/0001                                 **PAGE:**    3

===============================================================================

| 12/21/2010 | Ben-Jacob, Michael | █████████████████████ | 0.50 |
| 12/22/2010 | Ben-Jacob, Michael | █████████████████████ | 0.25 |
| 12/28/2010 | Wells, Peter B | ████████████████████████████████ | 1.17 |
| 12/30/2010 | Wells, Peter B | ███████████████ | 0.25 |

Total Hours................    30.42

Fees through 12/31/2010....................................    $18,780.00


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 7.83 | $5,363.55 |
| Gartner, Gary J | 930.00 | 3.66 | 3,403.80 |
| Scheine, Jeffrey D | 820.00 | 0.50 | 410.00 |
| Tuchman, L. | 870.00 | 3.67 | 3,192.90 |
| Soloveichik, Sarah | 290.00 | 3.25 | 942.50 |
| Wells, Peter B | 475.00 | 11.51 | 5,467.25 |
| Fees through 12/31/2010.............. | | 30.42 | $18,780.00 |


| Fees this Invoice................................... | $18,780.00 |
| Less Discount of................................ | (3,780.00) |
| Adjusted Fees............................................................. | $15,000.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355034**

KAYE SCHOLER LLP

TO:    Argre Management LLC                           January 28, 2011

  **RE:** General                                **Invoice#:** 657645
  **Our File Number:** 00647/0001                    **PAGE:**    4

_____

  **Total Due this Invoice**.................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street
New York, New York  10019
Attn: John H. van Merkensteijn, III

March 15, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 663115
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

|  |  | Hours |
|---|---|---|
| 02/01/2011 | Ben-Jacob, Michael | 1.33 |
|  | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. |  |
| 02/02/2011 | Ben-Jacob, Michael | 1.00 |
|  | Call with John re ex-dividend transaction; related consideration of memo. |  |
| 02/03/2011 | Ben-Jacob, Michael | 0.25 |
|  | Attention to memo. |  |
| 02/04/2011 | Abramowitz, L. | 0.50 |
|  | Office conference Ben-Jacob; research UBTI with respect to church; correspondence. |  |
| 02/04/2011 | Ben-Jacob, Michael | 0.58 |
|  | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. |  |
| 02/06/2011 | Ben-Jacob, Michael | 0.33 |
|  | Review US/German Tax treaty and structuring memo. |  |
| 02/07/2011 | Ben-Jacob, Michael | 1.25 |
|  | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. |  |
| 02/07/2011 | Tuchman, L. | 1.67 |
|  | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. |  |
| 02/07/2011 | Woodard, A.F. | 0.17 |
|  | Review of material re German investment. |  |
| 02/07/2011 | Wells, Peter B | 1.25 |
|  | ███████████████████████████████████ |  |
| 02/08/2011 | Ben-Jacob, Michael | 1.25 |
|  | Call with Matt, John and Jerome re ex-dividend transaction; ███████ |  |

**KAYE SCHOLER LLP**

TO:   Argre Management LLC                                    March 15, 2011

RE: General                                                  **Invoice#:** 663115
**Our File Number:** 00647/0001                              **PAGE:**   2

═══════════════════════════════════════════════════════════════════════

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/08/2011 | Tuchman, L. | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | 3.25 |
| 02/08/2011 | Woodard, A.F. | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | 1.84 |
| 02/08/2011 | Wells, Peter B | ███████████████ | 1.00 |
| 02/09/2011 | Ben-Jacob, Michael | Calls with John re ex-dividend transaction; related conference call with London advisors. | 1.83 |
| 02/09/2011 | Tuchman, L. | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | 2.17 |
| 02/09/2011 | Woodard, A.F. | Conference call client; office conference L. Tuchman and review of material. | 0.92 |
| 02/09/2011 | Wells, Peter B | ███████████████ | 0.67 |
| 02/09/2011 | Wells, Peter B | ███████████████ | 1.50 |
| 02/10/2011 | Ben-Jacob, Michael | ███████████████ | 0.50 |
| 02/10/2011 | Eichel, Steven R | ███████████████ | 0.54 |
| 02/10/2011 | Wells, Peter B | ███████████████ | 1.50 |
| 02/11/2011 | Ben-Jacob, Michael | ███████████████ | 0.75 |
| 02/11/2011 | Eichel, Steven R | ███████████████ | 0.67 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355038**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                          March 15, 2011

**RE:** General                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                          **PAGE:**   3

===============================================================



| Date | Name | Hours |
|---|---|---|
| 02/11/2011 | Wells, Peter B | 1.25 |
| 02/14/2011 | Wells, Peter B | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | 0.75 |
| 02/16/2011 | Wells, Peter B | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | 0.75 |
| 02/23/2011 | Eichel, Steven R | 0.17 |
| 02/23/2011 | Wells, Peter B | 0.75 |
| 02/24/2011 | Wells, Peter B | 1.00 |
| 02/25/2011 | Wells, Peter B | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | 0.08 |
| 02/28/2011 | Wells, Peter B | 0.75 |

Total Hours................. 35.55

Fees through 02/28/2011.................................... $24,855.40

*--------------------------------TIME AND FEE SUMMARY--------------------------------*
Rate          Hours          Fees

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355039**

KAYE SCHOLER LLP

TO:    Argre Management LLC               March 15, 2011

**RE:** General                               **Invoice#:** 663115
**Our File Number:** 00647/0001          **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice...............................................    $24,855.40
Less Discount of................................................    (4,000.00)
Adjusted Fees.....................................................................    $20,855.40
**Total Due this Invoice.................................................**    **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355041

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street
New York, New York  10019
Attn: John H. van Merkensteijn, III

August 9, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 676549
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/12/2011 | Eichel, Steven R | 0.75 |
| 07/19/2011 | Tuchman, L. | 0.75 |
|  | Total Hours................ | 1.50 |
|  | Fees through 07/31/2011.................................... | $1,173.75 |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $875.00 | 0.75 | $656.25 |
| Eichel, Steven R | 690.00 | 0.75 | 517.50 |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| | |
|---|---|
| Transportation | $293.70 |
| Messengers/Courier | 26.25 |
| Total Costs through 07/31/2011......................... | $319.95 |

| | |
|---|---|
| Fees this Invoice........................................................................ | $1,173.75 |
| Costs this Invoice...................................................................... | $319.95 |
| **Total Due this Invoice............................................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355043**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                September 12, 2011
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                  **Invoice#:** 679893
**Our File Number:** 00647/0001                        **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  | **Hours** |
|---|---|---|
| 08/15/2011 | Ben-Jacob, Michael | 1.00 |
| 08/16/2011 | Ben-Jacob, Michael | 0.17 |
|  | Total Hours................. | 1.17 |
|  | Fees through 08/31/2011.................................... | $830.70 |

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due........................................................................ | | $1,493.70 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355044

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                    September 12, 2011

    **RE:** General                                                    **Invoice#:** 679893
    **Our File Number:** 00647/0001                                    **PAGE:**    2

Fees this Invoice.................................................................... $830.70

Total Due this Invoice............................................................ $830.70

Prior Balance Due (from above).................................................. 1,493.70

**TOTAL DUE**.................................................................... **$2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355046**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                        October 11, 2011
      40 West 57th Street
      New York, New York  10019
      Attn: John H. van Merkensteijn, III

RE: General                                                    Invoice#: 682560
Our File Number: 00647/0001                                       PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  | Hours |
|---|---|---|
| 09/12/2011 | Ben-Jacob, Michael | 0.42 |
|  | Call with Matt regarding pension structure for next ex-dividend deal. |  |
| 09/12/2011 | Woodard, A.F. | 1.75 |
|  | Office conference M. Ben-Jacob and research re proposed transaction. |  |
| 09/13/2011 | Woodard, A.F. | 3.17 |
|  | Office conference M. Ben-Jacob and research re proposed transaction. |  |
| 09/14/2011 | Woodard, A.F. | 4.00 |
|  | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. |  |
| 09/15/2011 | Ben-Jacob, Michael | 1.25 |
|  | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. |  |
| 09/15/2011 | Woodard, A.F. | 2.17 |
|  | Office conference M. Ben-Jacob and review of material re UBTI and other issues. |  |
| 09/16/2011 | Woodard, A.F. | 0.83 |
|  | Review of material re UBTI and other issues. |  |
| 09/20/2011 | Woodard, A.F. | 0.25 |
|  | Telephone conference L. Tuchman re UBTI. |  |
| 09/21/2011 | Woodard, A.F. | 1.42 |
|  | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. |  |
| 09/22/2011 | Woodard, A.F. | 0.42 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          October 11, 2011

   RE: General                                              Invoice#: 682560
   Our File Number: 00647/0001                              PAGE:    2

===============================================================================

| | | |
|---|---|---|
| 09/23/2011 | Woodard, A.F. | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | 0.17 |
| 09/28/2011 | Veillette, Rebecca | 2.25 |
| 09/29/2011 | Veillette, Rebecca | 0.25 |
| 09/30/2011 | Veillette, Rebecca | 1.08 |

                                             Total Hours................ 19.93

           Fees through 09/30/2011...................................    $13,970.50


   *--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate          Hours           Fees
   Ben-Jacob, Michael            $710.00          1.84       $1,306.40
   Woodard, A.F.                  800.00         14.51       11,608.00
   Veillette, Rebecca             295.00          3.58        1,056.10

              Fees through 09/30/2011...............    19.93       $13,970.50

        *------------------------COSTS ADVANCED THROUGH 09/30/2011------------------------*
        Corp. Filings & Searches                                  $661.75

           Total Costs through 09/30/2011.........................    $661.75


        Fees this Invoice...........................................................    $13,970.50


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355048**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                                    October 11, 2011

    **RE:** General                                                              **Invoice#:** 682560
    **Our File Number:** 00647/0001                                            **PAGE:**     3

Costs this Invoice.........................................................................     $661.75

**Total Due this Invoice................................................................     $14,632.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 14, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 685991
**Our File Number:** 00647/0001                                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|  |  | Hours |
|---|---|---|
| 10/03/2011 | Ben-Jacob, Michael | 0.08 |
| | ███████████████████████ | |
| 10/03/2011 | Eichel, Steven R | 1.83 |
| | ██████████████████████████████████ | |
| 10/04/2011 | Veillette, Rebecca | 0.33 |
| | ████████████████████████████ | |
| 10/05/2011 | Eichel, Steven R | 0.67 |
| | ██████████████████████████████████ | |
| 10/05/2011 | Veillette, Rebecca | 0.42 |
| | ████████████████████ | |
| 10/10/2011 | Ben-Jacob, Michael | 0.17 |
| | Conference with Woody regarding pension/ex-dividend strategy. | |
| 10/10/2011 | Woodard, A.F. | 0.25 |
| | Office conference M. Ben-Jacob and review of material. | |
| 10/12/2011 | Ben-Jacob, Michael | 0.50 |
| | ██████████████████████████████ | |
| 10/12/2011 | Woodard, A.F. | 0.50 |
| | Review of material. | |
| 10/13/2011 | Woodard, A.F. | 1.50 |
| | Review of material re proposed transaction. | |
| 10/17/2011 | Briggs, Lindsey V | 0.33 |
| | ████████████████████████ | |
| 10/18/2011 | Ben-Jacob, Michael | 1.08 |
| | Attention to ex-dividend strategy; related conference with Woody. | |
| 10/19/2011 | Ben-Jacob, Michael | 0.50 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    November 14, 2011

RE: General                                                    **Invoice#:** 685991
**Our File Number:** 00647/0001                               **PAGE:**    2

========================================================================

|  | Call with Matt, Jerome and Woody regarding pension - ex dividend planning. |  |
|---|---|---|
| 10/19/2011 | Woodard, A.F. | 1.25 |
|  | ████████████████████████████████████████████; conference call M. Ben-Jacob and client re proposed investment. |  |

                                        Total Hours................    9.41

                Fees through 10/31/2011...................................    $6,535.85


*-----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 2.33 | $1,654.30 |
| Woodard, A.F. | 800.00 | 3.50 | 2,800.00 |
| Eichel, Steven R | 690.00 | 2.50 | 1,725.00 |
| Briggs, Lindsey V | 410.00 | 0.33 | 135.30 |
| Veillette, Rebecca | 295.00 | 0.75 | 221.25 |
| Fees through 10/31/2011............... |  | 9.41 | $6,535.85 |


Fees this Invoice.........................................................    $6,535.85
**Total Due this Invoice.................................................**    **$6,535.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355053



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 12, 2011
       40 West 57th Street
       New York, New York  10019


**RE:** General                                         **Invoice#:** 688474
**Our File Number:** 00647/0001                              **PAGE:**    1

===============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 11/30/2011

===============================================================

|  |  | **Hours** |
|---|---|---:|
| 11/08/2011 | Tuchman, L. | 1.25 |
|  | Telephone conference with M. Stein; research re: proposed structure. | |
| 11/09/2011 | Tuchman, L. | 0.75 |
|  | Research and telephone conference with M. Stein. | |
| 11/10/2011 | Ben-Jacob, Michael | 0.25 |
|  | Call with Matt and Jerome regarding potential planning. | |

Total Hours.................  2.25

Fees through 11/30/2011....................................  $1,927.50


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $710.00 | 0.25 | $177.50 |
| Tuchman, L. | 875.00 | 2.00 | 1,750.00 |
| Fees through 11/30/2011............... | | 2.25 | $1,927.50 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------\*

Corp. Filings & Searches                              $224.25

Total Costs through 11/30/2011........................  $224.25

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 685991 | 11/14/2011 | $6,535.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**               **WH_MDL_00355054**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    December 12, 2011

    RE: General                                              **Invoice#:** 688474
    **Our File Number:** 00647/0001                          **PAGE:**    2

---

Prior Balance Due..................................................................    $6,535.85


Fees this Invoice................................................................    $1,927.50
Costs this Invoice...............................................................    $224.25
Total Due this Invoice.........................................................    $2,151.75
Prior Balance Due (from above)...........................................    6,535.85
**TOTAL DUE**..................................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355056



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    March 31, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                              **Invoice#:** 696544
**Our File Number:**00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|  |  | Hours |
|---|---|---:|
| 12/07/2011 | Veillette, Rebecca | 1.00 |
| 12/08/2011 | Veillette, Rebecca | 1.00 |
| 12/20/2011 | Ben-Jacob, Michael | 0.75 |
| 12/20/2011 | Briggs, Lindsey V | 0.25 |
| 12/21/2011 | Briggs, Lindsey V | 0.42 |
| 12/21/2011 | Veillette, Rebecca | 0.50 |
| 12/22/2011 | Veillette, Rebecca | 0.50 |
| 02/02/2012 | Ben-Jacob, Michael | 0.17 |
| 02/22/2012 | Ben-Jacob, Michael | 0.25 |
| 02/23/2012 | Ben-Jacob, Michael | 0.33 |
| 02/23/2012 | Stromberg, Thomas | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355057**

**KAYE SCHOLER LLP**

TO:     Argre Management LLC                                                    March 31, 2012

RE: General                                                      **Invoice#:** 696544
**Our File Number:** 00647/0001                                  **PAGE:**   2

===============================================================================

| Date | Name | Hours |
|------|------|------:|
| 02/23/2012 | Sluder, Elizabeth C | 0.92 |
| 02/24/2012 | Stromberg, Thomas | 0.50 |
| 02/27/2012 | Stromberg, Thomas | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | 4.58 |
| 02/28/2012 | Stromberg, Thomas | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | 1.17 |
| 03/05/2012 | Wells, Peter B | 2.25 |
| 03/06/2012 | Wells, Peter B | 1.00 |
| 03/15/2012 | Wells, Peter B | 5.00 |

Work on issues related to due diligence for IRAs.

                                                        ----------
                                  Total Hours................  24.34

                Fees through 03/31/2012....................................   $14,797.45

*----------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|------|------|------|------|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355058**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          March 31, 2012

RE: General                                                    **Invoice#:** 696544
**Our File Number:** 00647/0001                                  **PAGE:**    3

===============================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

*-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012......................... | $449.09 |

| | |
|---|---|
| Fees this Invoice.................................................................. | $14,797.45 |
| Costs this Invoice................................................................. | $449.09 |
| **Total Due this Invoice...............................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355060



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    May 14, 2012
        40 West 57th Street
        New York, New York  10019


**RE:** General                                          **Invoice#:** 702756
**Our File Number:**00647/0001                                **PAGE:**    1

====================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 04/30/2012

====================================================================

                                                            **Hours**
                                                            ----------
04/05/2012   Ben-Jacob, Michael                              0.92

   ███████████████████████████████████████████████

04/24/2012   Ben-Jacob, Michael                              1.00

   ████████████████████████████████                          ----------
                                    Total Hours................  1.92

                Fees through 04/30/2012...................   $1,401.60


*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                           Rate         Hours          Fees
Ben-Jacob, Michael       $730.00        1.92       $1,401.60
                                        ---------------------
           Fees through 04/30/2012...............   1.92       $1,401.60

       *-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*
           Messengers/Courier                        $26.25
           Filing Fees/Court Fees                    105.00
                                                 ----------------
           Total Costs through 04/30/2012........   $131.25


           Fees this Invoice...........................................   $1,401.60
           Costs this Invoice..........................................     $131.25
                                                                        ----------

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355061**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                          May 14, 2012

   **RE:** General                                          **Invoice#:** 702756
   **Our File Number:** 00647/0001                          **PAGE:**    2

===============================================================================

      **Total Due this Invoice**................................................................   **$1,532.85**

         **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355062**

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355063**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        June 18, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                        **Invoice#:** 705166
**Our File Number:**00647/0001                         **PAGE:**   1

============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/31/2012

============================================================

|                                                    | **Hours** |
|----------------------------------------------------|-----------|
| 05/03/2012  Ben-Jacob, Michael                     | 1.58      |
| 05/04/2012  Ben-Jacob, Michael                     | 1.67      |
|                              Total Hours.............. | 3.25      |

             Fees through 05/31/2012...................................    $2,372.50

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Ben-Jacob, Michael  | $730.00  | 3.25  | $2,372.50 |
| Fees through 05/31/2012............... |  | 3.25  | $2,372.50 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*

| Transportation                              | $11.00 |
|---------------------------------------------|--------|
| Messengers/Courier                          | 34.06  |
| Total Costs through 05/31/2012........................ | $45.06 |

\*----------------------------------OUTSTANDING BALANCE----------------------------------\*

| **Invoice#** | **Date**   | **Amount**   |
|--------------|------------|--------------|
| 702756       | 05/14/2012 | $1,532.85    |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    June 18, 2012

    **RE:** General                                         **Invoice#:** 705166
    **Our File Number:** 00647/0001                         **PAGE:**    2

===============================================================================

    Prior Balance Due.................................................................    $1,532.85


    Fees this Invoice...............................................................    $2,372.50
    Costs this Invoice.............................................................    $45.06
    Total Due this Invoice.......................................................    $2,417.56
    Prior Balance Due (from above).........................................    1,532.85
    **TOTAL DUE**.................................................................    **$3,950.41**

    **Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                WH_MDL_00355065

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                           July 17, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                        **Invoice#:** 708329
**Our File Number:** 00647/0001                               **PAGE:**   1

=====================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2012

=====================================================================

|                |                       | **Hours** |
|----------------|-----------------------|-----------|
| 06/05/2012     | Veillette, Rebecca    | 0.33      |
|                | ▬▬▬▬▬▬▬▬▬▬            |           |
| 06/06/2012     | Veillette, Rebecca    | 0.33      |
|                | ▬▬▬▬▬▬▬▬▬▬            |           |
| 06/12/2012     | Veillette, Rebecca    | 1.00      |
|                | ▬▬▬▬▬▬▬▬▬▬            |           |
| 06/14/2012     | Ben-Jacob, Michael    | 0.67      |
|                | ▬▬▬▬▬▬▬▬▬▬            |           |
| 06/15/2012     | Veillette, Rebecca    | 0.50      |
|                | ▬▬▬▬▬▬▬▬▬▬            |           |
| 06/22/2012     | Veillette, Rebecca    | 0.33      |
|                | ▬▬▬▬▬▬▬▬▬▬            |           |
| 06/27/2012     | Veillette, Rebecca    | 0.50      |
|                | ▬▬▬▬▬▬▬▬▬▬            |           |

                                        Total Hours.................   3.66
              Fees through 06/30/2012....................................   $1,371.15

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                    | Rate      | Hours | Fees     |
|--------------------|-----------|-------|----------|
| Ben-Jacob, Michael | $730.00   | 0.67  | $489.10  |
| Veillette, Rebecca | 295.00    | 2.99  | 882.05   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    July 17, 2012

   **RE:** General                                     **Invoice#:** 708329
   **Our File Number:** 00647/0001                            **PAGE:**    2

===============================================================================

                   Fees through 06/30/2012...............    3.66      $1,371.15


          *-------------------------------OUTSTANDING BALANCE-------------------------------*
              **Invoice#**          **Date**                      **Amount**
              702756          05/14/2012                      $1,532.85
              705166          06/18/2012                       2,417.56
              Prior Balance Due...........................................    $3,950.41


          Fees this Invoice...............................................    $1,371.15
          Total Due this Invoice.......................................    $1,371.15
          Prior Balance Due (from above)................................     3,950.41
          **TOTAL DUE**..................................................    **$5,321.56**

               **Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      August 16, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                                 **Invoice#:** 711502
**Our File Number:** 00647/0001                                 **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2012

|  |  | **Hours** |
|---|---|---|
| 07/25/2012 | Veillette, Rebecca | 0.33 |
|  | ███████████████████████ |  |
| 07/30/2012 | Veillette, Rebecca | 1.00 |
|  | Attention to forming Rajan Investments LLC. | |
|  | Total Hours................. | 1.33 |
|  | Fees through 07/31/2012.................................... | $392.35 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $295.00 | 1.33 | $392.35 |
| Fees through 07/31/2012............... | | 1.33 | $392.35 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 708329 | 07/17/2012 | $1,371.15 |
| Prior Balance Due........................................................ | | $1,371.15 |

| Fees this Invoice.......................................................... | $392.35 |
|---|---|

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355070

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      August 16, 2012

**RE:** General                                              **Invoice#:** 711502
**Our File Number:** 00647/0001                                  **PAGE:**    2

Total Due this Invoice.................................................................    $392.35
Prior Balance Due (from above)..................................................    1,371.15
**TOTAL DUE**............................................................................    **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER           WH_MDL_00355072



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      September 13, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                          **Invoice#:** 713751
**Our File Number:** 00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|  |  | **Hours** |
|---|---|---:|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| ▮▮▮▮▮▮▮▮▮▮ | | |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| ▮▮▮▮▮▮▮▮▮▮ | | |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| ▮▮▮▮▮▮▮▮▮▮ | | |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
| | Rajan Investments - operating agreement. | |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| ▮▮▮▮▮▮▮▮▮▮ | | |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |
| ▮▮▮▮▮▮▮▮▮▮ | | |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                     September 13, 2012

    **RE:** General                                              **Invoice#:** 713751
    **Our File Number:** 00647/0001                              **PAGE:**    2

Fees this Invoice............................................................................    $1,114.50
**Total Due this Invoice**............................................................    **$1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**           **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355075



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    November 20, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 720986
**Our File Number:**00647/0001                                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

| | | Hours |
|---|---|---|
| 09/27/2012 | Ben-Jacob, Michael | 0.08 |
| 09/28/2012 | Ben-Jacob, Michael | 1.42 |
| 09/29/2012 | Ben-Jacob, Michael | 0.17 |
| 10/07/2012 | Ben-Jacob, Michael | 0.17 |
| 10/11/2012 | Wittenberg, Daniella T | 0.33 |
| 10/16/2012 | Veillette, Rebecca | 0.25 |
| 10/17/2012 | Wells, Peter B | 0.75 |
| 10/17/2012 | Veillette, Rebecca | 0.50 |
| 10/24/2012 | Veillette, Rebecca | 1.25 |
| 10/25/2012 | Wells, Peter B | 1.00 |
| 10/25/2012 | Veillette, Rebecca | 1.50 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        November 20, 2012

RE: General                                                        **Invoice#:** 720986
**Our File Number:** 00647/0001                                    **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

10/26/2012  Veillette, Rebecca                                           0.50

                                                              ----------
                                          Total Hours................    7.92
          Fees through 10/31/2012...................................   $3,804.90


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                       | Rate     | Hours | Fees       |
|-----------------------|----------|-------|------------|
| Ben-Jacob, Michael    | $730.00  | 1.84  | $1,343.20  |
| Wells, Peter B        | 640.00   | 1.75  | 1,120.00   |
| Wittenberg, Daniella T| 490.00   | 0.33  | 161.70     |
| Veillette, Rebecca    | 295.00   | 4.00  | 1,180.00   |
| Fees through 10/31/2012............. | | 7.92 | $3,804.90 |

*-----------------------COSTS ADVANCED THROUGH 10/31/2012-----------------------*

          Corp. Filings & Searches                          $2,633.00
          Conference & Legal Staff/Travel Working Meals          27.57
                                                        -------------------
          Total Costs through 10/31/2012........................  $2,660.57


          Fees this Invoice.........................................   $3,804.90
          Costs this Invoice........................................   $2,660.57

          **Total Due this Invoice...............................................**   **$6,465.47**

          **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355077**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          December 10, 2012
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                                     **Invoice#:** 722890
**Our File Number:** 00647/0001                                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                      | Hours |
|------------|----------------------|-------|
| 11/01/2012 | Wells, Peter B       | 1.42  |
| 11/05/2012 | Wells, Peter B       | 1.50  |
| 11/07/2012 | Gartner, Gary J      | 1.50  |
| 11/08/2012 | Gartner, Gary J      | 0.83  |
| 11/08/2012 | Veillette, Rebecca   | 1.33  |
| 11/09/2012 | Gartner, Gary J      | 0.67  |
| 11/12/2012 | Ben-Jacob, Michael   | 0.08  |
| 11/14/2012 | Gartner, Gary J      | 1.08  |
| 11/15/2012 | Ben-Jacob, Michael   | 0.08  |
| 11/15/2012 | Gartner, Gary J<br>Telephone conference with client and review proposed regs. | 1.17 |
| 11/16/2012 | Gartner, Gary J<br>Consider proposed regs regarding trade. | 1.17 |
| 11/19/2012 | Gartner, Gary J<br>Update thinking regarding proposed regulations. | 0.50 |
| 11/21/2012 | Gartner, Gary J<br>Consider further issues regarding proposed regs and trade. | 0.75 |
| 11/28/2012 | Gartner, Gary J<br>Consider issues under proposed regs and trade. | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    December 10, 2012

RE: General                                                    Invoice#: 722890
Our File Number: 00647/0001                                    PAGE:   2

---

11/29/2012  Gartner, Gary J                                                    1.17
            Review of authorities on possible trade.

                                        Total Hours................    14.75

                    Fees through 11/30/2012....................    $12,924.75

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                      | Rate       | Hours | Fees       |
|----------------------|------------|-------|------------|
| Ben-Jacob, Michael   | $730.00    | 0.16  | $116.80    |
| Gartner, Gary J      | 1,020.00   | 10.34 | 10,546.80  |
| Wells, Peter B       | 640.00     | 2.92  | 1,868.80   |
| Veillette, Rebecca   | 295.00     | 1.33  | 392.35     |
|                      | Fees through 11/30/2012.............. | 14.75 | $12,924.75 |

*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------*
            Transportation                                     $84.81

                    Total Costs through 11/30/2012........................    $84.81

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 720986   | 11/20/2012 | $6,465.47  |
|          | Prior Balance Due................................................. | $6,465.47 |

Fees this Invoice.........................................................    $12,924.75
Costs this Invoice........................................................    $84.81
Total Due this Invoice....................................................    $13,009.56
Prior Balance Due (from above)............................................    6,465.47
**TOTAL DUE**...............................................................    **$19,475.03**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355080

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 727062
**PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|  |  | **Hours** |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
| 12/05/2012 | Wells, Peter B | 1.75 |
|  | Total Hours................ | 3.75 |
|  | Fees through 12/31/2012.................................... | $2,400.00 |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | |
|---|---|
| Fees this Invoice........................................................................... | $2,400.00 |
| **Total Due this Invoice.............................................................** | **$2,400.00** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

February 21, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 728997
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 01/22/2013 | Veillette, Rebecca  | 0.50      |
| 01/24/2013 | Tuchman, L.         | 1.00      |
| 01/25/2013 | Tuchman, L.         | 2.50      |
| 01/28/2013 | Tuchman, L.         | 2.75      |
| 01/28/2013 | Veillette, Rebecca  | 1.08      |

Total Hours................. 7.83

Fees through 01/31/2013...................................     $6,231.90

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                     | Rate    | Hours | Fees       |
|---------------------|---------|-------|------------|
| Tuchman, L.         | $920.00 | 6.25  | $5,750.00  |
| Veillette, Rebecca  | 305.00  | 1.58  | 481.90     |
| Fees through 01/31/2013............... | | 7.83  | $6,231.90  |

*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------*

Reporters/Transcripts Fee                      $99.00

Total Costs through 01/31/2013........................     $99.00

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 727062   | 01/29/2013 | $2,400.00  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355084**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    February 21, 2013

**RE:** General                                              **Invoice#:** 728997
**Our File Number:** 00647/0001                                   **PAGE:**   2

Prior Balance Due...............................................................   $2,400.00

Fees this Invoice..............................................   $6,231.90
Costs this Invoice.............................................      $99.00
Total Due this Invoice.........................................   $6,330.90
Prior Balance Due (from above)................................    2,400.00
**TOTAL DUE**..........................................................   **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**             **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                      WH_MDL_00355086



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

March 25, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 731658
**PAGE:**    1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

====================================================================

| | | **Hours** |
|---|---|---:|
| 02/12/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.42 |
| | Total Hours................. | 1.58 |
| | Fees through 02/28/2013.................................... | $481.90 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---:|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due........................................................................ | | $6,330.90 |

| | |
|---|---:|
| Fees this Invoice............................................................................. | $481.90 |
| Total Due this Invoice.................................................................... | $481.90 |
| Prior Balance Due (from above)................................................... | 6,330.90 |
| **TOTAL DUE**.............................................................................. | **$6,812.80** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355088



KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                      April 22, 2013
     40 West 57th Street
     New York, New York 10019
     alicia@argremgt.com

**RE:** General                                        **Invoice#:** 734523
**Our File Number:** 00647/0001                             **PAGE:**   1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 03/31/2013

|            |                 | **Hours** |
|------------|-----------------|-----------|
| 03/04/2013 | Tuchman, L.     | 1.42      |
| 03/05/2013 | Tuchman, L.     | 1.75      |
| 03/06/2013 | Tuchman, L.     | 1.75      |
| 03/07/2013 | Tuchman, L.     | 1.00      |
| 03/07/2013 | Benson, Gregg M | 4.00      |
| 03/08/2013 | Tuchman, L.     | 1.25      |
| 03/08/2013 | Benson, Gregg M | 2.25      |
| 03/11/2013 | Tuchman, L.     | 1.75      |
| 03/13/2013 | Tuchman, L.     | 1.00      |
| 03/13/2013 | Benson, Gregg M | 1.50      |
| 03/18/2013 | Schneider, W.H. | 0.25      |
| 03/18/2013 | Snider, Vassa G | 0.92      |

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                      April 22, 2013

RE: General                                                    Invoice#: 734523
Our File Number: 00647/0001                                    PAGE:    2

═══════════════════════════════════════════════════════════════

███████████████████████████████████

| | | |
|---|---|---|
| 03/19/2013 | Snider, Vassa G | 0.42 |

██████████████████████

| | | |
|---|---|---|
| 03/20/2013 | Veillette, Rebecca | 0.33 |
| | Attention to Bernina LLC documentation. | |

Total Hours................ 19.59

Fees through 03/31/2013.................................... $15,301.05


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Schneider, W.H. | $925.00 | 0.25 | $231.25 |
| Tuchman, L. | 920.00 | 9.92 | 9,126.40 |
| Benson, Gregg M | 715.00 | 7.75 | 5,541.25 |
| Snider, Vassa G | 225.00 | 1.34 | 301.50 |
| Veillette, Rebecca | 305.00 | 0.33 | 100.65 |
| Fees through 03/31/2013............... | | 19.59 | $15,301.05 |

*----------------------COSTS ADVANCED THROUGH 03/31/2013----------------------*

Filing Fees/Court Fees                                          $125.00

Total Costs through 03/31/2013........................  $125.00

*----------------------------------OUTSTANDING BALANCE----------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 731658 | 03/25/2013 | $481.90 |
| Prior Balance Due.......................................................... | | $481.90 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355090**

KAYE | SCHOLER LLP

TO:     Argre Management LLC                                    April 22, 2013

RE: General                                                    **Invoice#:** 734523
**Our File Number:** 00647/0001                                **PAGE:**    3

Fees this Invoice.................................................................... $15,301.05
Costs this Invoice...................................................................   $125.00
Total Due this Invoice............................................................. $15,426.05
Prior Balance Due (from above)....................................................   481.90
**TOTAL DUE**.......................................................................... **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355092**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    May 22, 2013
        40 West 57th Street
        New York, New York  10019
        alicia@argremgt.com

**RE:** General                                         **Invoice#:** 737633
**Our File Number:**00647/0001                              **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

| Date | Name | Hours |
|------|------|------:|
| 04/08/2013 | Ben-Jacob, Michael | 1.00 |
| 04/08/2013 | Schneider, W.H. | 0.50 |
| 04/09/2013 | Ben-Jacob, Michael | 0.25 |
| 04/09/2013 | Schneider, W.H. | 0.75 |
| 04/09/2013 | Benson, Gregg M | 0.50 |
| 04/10/2013 | Ben-Jacob, Michael | 0.75 |
| 04/10/2013 | Schneider, W.H. | 0.50 |
| 04/11/2013 | Benson, Gregg M | 1.50 |
| 04/12/2013 | Schneider, W.H. | 0.50 |
| 04/15/2013 | Ben-Jacob, Michael | 0.67 |
| 04/15/2013 | Schneider, W.H. | 0.25 |
| 04/15/2013 | Benson, Gregg M | 2.17 |
| 04/16/2013 | Schneider, W.H. | 0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355093**

Image Not
Available

TO:    Argre Management LLC                                May 22, 2013

**RE:** General                                      **Invoice#:** 737633
**Our File Number:** 00647/0001                      **PAGE:**   2

========================================================================



| Date | Name | Hours |
|------|------|-------|
| 04/16/2013 | Benson, Gregg M | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | 0.42 |
| 04/17/2013 | Schneider, W.H. | 1.00 |
| 04/17/2013 | Benson, Gregg M | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | 0.17 |

Total Hours.................  14.93

Fees through 04/30/2013.....................  $11,602.85


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|------|-------|------|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013.............. | | 14.93 | $11,602.85 |


Fees this Invoice...........................................................  $11,602.85
**Total Due this Invoice..............................................**  **$11,602.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**             **WH_MDL_00355094**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                   August 26, 2013
        40 West 57th Street
        New York, New York  10019
        alicia@argremgt.com

**RE:** General                                          **Invoice#:** 745613
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |

Total Hours................ 2.34

Fees through 07/31/2013................................... $713.70

*---------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |

Fees this Invoice.......................................................................... $713.70

**Total Due this Invoice..............................................................** **$713.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355096**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355097



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                September 10, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 747225
**Our File Number:**00647/0001                           **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|  |  | **Hours** |
|---|---|---|
| 08/09/2013 | Ben-Jacob, Michael ███████████████ | 0.50 |
| 08/12/2013 | Sausen, David | 1.00 |
|  | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. ████████████ |  |
| 08/15/2013 | Veillette, Rebecca ██████████████ | 1.50 |
| 08/16/2013 | Sausen, David | 0.50 |
|  | ███████████████ Telephone conference with M. Ben-Jaocb.███████ |  |
| 08/21/2013 | Veillette, Rebecca █████████████ | 1.25 |
| 08/26/2013 | Ben-Jacob, Michael ██████████████ | 1.00 |
| 08/26/2013 | Sausen, David | 1.50 |
|  | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ██████████ |  |
| 08/27/2013 | Veillette, Rebecca ████████████ | 1.25 |

Total Hours................ 8.50

Fees through 08/31/2013...................................    $4,542.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355098**

**KAYE SCHOLER** LLP

TO:    Argre Management LLC                                      September 10, 2013

RE: General                                                      **Invoice#:** 747225
**Our File Number:** 00647/0001                                  **PAGE:**    2

===============================================================================

|                          | Rate       | Hours | Fees       |
|--------------------------|------------|-------|------------|
| Ben-Jacob, Michael       | $755.00    | 1.50  | $1,132.50  |
| Sausen, David            | 730.00     | 3.00  | 2,190.00   |
| Veillette, Rebecca       | 305.00     | 4.00  | 1,220.00   |
| Fees through 08/31/2013.............. | | 8.50 | $4,542.50 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 745613   | 08/26/2013 | $713.70 |
| Prior Balance Due......................................................... | | $713.70 |

| | |
|---|---|
| Fees this Invoice................................................................ | $4,542.50 |
| Total Due this Invoice...................................................... | $4,542.50 |
| Prior Balance Due (from above)................................................. | 713.70 |
| **TOTAL DUE........................................................** | **$5,256.20** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 7, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                             **Invoice#:** 749882
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|            |                      | Hours |
|------------|----------------------|------:|
| 09/10/2013 | Sausen, David        | 0.50  |
|            | Emails with A. Larosa re: ex-dividend transaction. | |
| 09/10/2013 | Veillette, Rebecca   | 1.50  |
|            | ████████████████     |       |
| 09/11/2013 | Veillette, Rebecca   | 1.08  |
|            | ████████████████     |       |
| 09/30/2013 | Ben-Jacob, Michael   | 0.33  |
|            | ██████████████████   |       |

Total Hours.................  3.41

Fees through 09/30/2013....................................  $1,401.05


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Ben-Jacob, Michael  | $755.00  | 0.33  | $249.15   |
| Sausen, David       | 730.00   | 0.50  | 365.00    |
| Veillette, Rebecca  | 305.00   | 2.58  | 786.90    |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |


Fees this Invoice........................................................................  $1,401.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355101**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                    October 7, 2013

    **RE:** General                                    **Invoice#:** 749882
    **Our File Number:** 00647/0001                    **PAGE:**    2

       **Total Due this Invoice**.................................................................    **$1,401.05**

       **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355102**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                            November 15, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                              **Invoice#:** 754424
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2013

|  |  | **Hours** |
|---|---|---|
| 10/06/2013 | Sausen, David | 3.00 |
|  | Tax research. Prepared email to client re: ex-dividend transaction. |  |
| 10/08/2013 | Sausen, David | 1.25 |
|  | ██████████████████████ Revised email to client re: ex-dividend transaction. |  |
| 10/09/2013 | Abramowitz, L. | 0.75 |
|  | ███████████████████████ |  |
| 10/09/2013 | Sausen, David | 1.00 |
|  | █████████████████████████████ |  |
| 10/10/2013 | Sausen, David | 1.00 |
|  | Discussions with G. Gartner and M. Ben-Jacob. Revised email to client. Email to M. Stein re: ex-dividend transaction. |  |

                                        Total Hours.................   7.00

        Fees through 10/31/2013.....................................    $5,245.00


    *-----------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013............... | | 7.00 | $5,245.00 |

    *-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355104**

**KAYE** | **SCHOLER** LLP

TO:   Argre Management LLC                                          November 15, 2013

**RE:** General                                                  **Invoice#:** 754424
**Our File Number:** 00647/0001                              **PAGE:**   2

Consultants/Experts                                   $1,100.00
                Total Costs through 10/31/2013........................   $1,100.00


Fees this Invoice...........................................................   $5,245.00
Costs this Invoice.........................................................   $1,100.00
**Total Due this Invoice.............................................**   **$6,345.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355105**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                              December 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 756477
**Our File Number:**00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

\*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------\*
Consultants/Experts                                      $3,000.00
         Total Costs through 11/30/2013.........................  $3,000.00


Costs this Invoice.........................................................  $3,000.00
**Total Due this Invoice...........................................**  **$3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 756477
      Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355108



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          January 13, 2014
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com


**RE:** General                                                **Invoice#:** 760179
**Our File Number:**00647/0001                                    **PAGE:**   1

=========================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 12/31/2013

=========================================================================


                                                                    **Hours**
                                                                   ----------
12/11/2013   Sausen, David                                             0.75
             ████████████████████████████

12/12/2013   Sausen, David                                             0.25
             ███████████████████████████████████

12/16/2013   Ben-Jacob, Michael                                        0.25
             ███████████████████

12/17/2013   Sausen, David                                             0.50
             ████████████████████████████████
                                                                   ----------
                                      Total Hours.................     1.75

                     Fees through 12/31/2013....................   $1,283.75


  *----------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate         Hours         Fees
  Ben-Jacob, Michael       $755.00          0.25       $188.75
  Sausen, David             730.00          1.50      1,095.00

                 Fees through 12/31/2013..............   1.75     $1,283.75



        Fees this Invoice.........................................................   $1,283.75


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355109**

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                January 13, 2014

   **RE:** General                                      **Invoice#:** 760179
   **Our File Number:** 00647/0001                      **PAGE:**    2

=================================================================================

   **Total Due this Invoice...............................................**    **$1,283.75**

               **Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 760179
Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    February 20, 2014
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                              **Invoice#:** 762871
**Our File Number:**00647/0001                                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|  |  | **Hours** |
|---|---|---|
| | | ---------- |
| 01/29/2014  Veillette, Rebecca | | 0.33 |

| | | ---------- |
| | Total Hours................. | 0.33 |
| | Fees through 01/31/2014................................... | $103.95 |

*----------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $315.00 | 0.33 | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |

| | |
|---|---|
| Fees this Invoice......................................................................... | $103.95 |
| **Total Due this Invoice...........................................................** | **$103.95** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    July 22, 2014
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                              **Invoice#:** 775031
**Our File Number:**00647/0001                               **PAGE:**    1

=========================================================================
**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2014
=========================================================================

|            |                                                                 | **Hours** |
|------------|-----------------------------------------------------------------|-----------|
| 06/13/2014 | Sausen, David                                                   | 1.25      |
|            | Telephone conference with Matt and John re: UBTI issues.  Tax research. |   |
|            | Telephone conference and emails with G. Weinkam.                |           |
| 06/17/2014 | Zwick, Mary L                                                   | 0.50      |
|            | ███████████████████████████████████████████                    |           |
| 06/26/2014 | Culhane, Stephen                                                | 0.33      |
|            | ████████████████████                                            |           |
| 06/30/2014 | Culhane, Stephen                                                | 0.25      |
|            | ████████████████████████                                        |           |

                                            Total Hours................  2.33

            Fees through 06/30/2014...................................  $1,815.30


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                  | Rate      | Hours | Fees     |
|------------------|-----------|-------|----------|
| Culhane, Stephen | $910.00   | 0.58  | $527.80  |
| Sausen, David    | 760.00    | 1.25  | 950.00   |
| Zwick, Mary L    | 675.00    | 0.50  | 337.50   |
| Fees through 06/30/2014.............. | | 2.33 | $1,815.30 |


Fees this Invoice...........................................................  $1,815.30
**Total Due this Invoice.............................................**  **$1,815.30**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355114**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355115



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                  August 25, 2014
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                          **Invoice#:** 777180
**Our File Number:**00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2014

|  |  | **Hours** |
|---|---|---|
| 07/02/2014 | Culhane, Stephen | 0.33 |
|  | Advisers Act issues with P Wells. |  |
| 07/08/2014 | Culhane, Stephen | 0.67 |
|  | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |  |
| 07/09/2014 | Culhane, Stephen | 0.50 |
|  | Telcon with Matt Stein. |  |
| 07/10/2014 | Culhane, Stephen | 0.33 |
|  | Conference with M Ben-Jacob. |  |

Total Hours................. 1.83

Fees through 07/31/2014.................................... $1,665.30

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 1.83 | $1,665.30 |
| Fees through 07/31/2014.............. | | 1.83 | $1,665.30 |

Fees this Invoice........................................................... $1,665.30
**Total Due this Invoice..............................................** **$1,665.30**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355116**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 777180
Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                September 24, 2014
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

       **RE:** General                                     **Invoice#:** 780144
       **Our File Number:**00647/0001                      **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 08/22/2014 | Golub, Elizabeth     | 0.33      |
| 08/26/2014 | Golub, Elizabeth     | 0.33      |
| 08/28/2014 | Ben-Jacob, Michael   | 0.17      |
| 08/28/2014 | Wells, Peter B       | 4.00      |
| 08/29/2014 | Wells, Peter B       | 1.67      |

Total Hours................. 6.50

Fees through 08/31/2014.................................... $4,258.90


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                      | Rate     | Hours | Fees       |
|----------------------|----------|-------|------------|
| Ben-Jacob, Michael   | $785.00  | 0.17  | $133.45    |
| Wells, Peter B       | 695.00   | 5.67  | 3,940.65   |
| Golub, Elizabeth     | 280.00   | 0.66  | 184.80     |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------*

| Corp. Filings & Searches | $484.50 |
|--------------------------|---------|
| Total Costs through 08/31/2014......................... | $484.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355118**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                          September 24, 2014

**RE:** General                                                     **Invoice#:** 780144
**Our File Number:** 00647/0001                                     **PAGE:**    2

---

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due............................................................... | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice............................................................ | $4,258.90 |
| Costs this Invoice........................................................... | $484.50 |
| Total Due this Invoice...................................................... | $4,743.40 |
| Prior Balance Due (from above)................................................ | 1,665.30 |
| **TOTAL DUE**............................................................... | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 780144
Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



KAYE | SCHOLER LLP

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street Suite 1610
New York, New York 10019
acolodner@maplept.com

November 14, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 783712
**PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

| | | Hours |
|---|---|---|
| 08/12/2014 | Ben-Jacob, Michael | 0.42 |
| 09/04/2014 | Ben-Jacob, Michael | 0.50 |
| 09/09/2014 | Ben-Jacob, Michael | 0.50 |
| 09/11/2014 | Ben-Jacob, Michael | 0.75 |
| 09/22/2014 | Ben-Jacob, Michael | 1.50 |
| 09/22/2014 | Wells, Peter B | 1.58 |
| | Call with group re general plan issues. | |
| 09/25/2014 | Wells, Peter B | 1.50 |
| 09/29/2014 | Ben-Jacob, Michael | 0.50 |
| | Conference with Peter re: structuring dissolution of plans and payments to Adam. | |
| 09/29/2014 | Wells, Peter B | 2.50 |
| 09/30/2014 | Wells, Peter B | 2.17 |
| 10/01/2014 | Wells, Peter B | 0.75 |
| 10/09/2014 | Wells, Peter B | 0.83 |
| | Work on issues related to new plans. | |

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                   November 14, 2014

**RE:** General                                              **Invoice#:** 783712
**Our File Number:** 00647/0001                              **PAGE:**    2

====================================================================

| | | |
|---|---|---:|
| 10/10/2014 | Wells, Peter B | 0.50 |
| | Work on new plan matters. | |
| 10/12/2014 | Ben-Jacob, Michael | 1.58 |
| | ██████████████████████████ | |
| 10/13/2014 | Wells, Peter B | 1.58 |
| | ███████████████████████ | |
| 10/14/2014 | Ben-Jacob, Michael | 0.17 |
| | ███████████████████████ | |
| 10/14/2014 | Wells, Peter B | 1.00 |
| | ████████████████████████ | |
| 10/20/2014 | Veillette, Rebecca | 0.50 |
| | ████████████████████████ | |

Total Hours................ 18.83

Fees through 10/31/2014.................................... $13,429.65

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice.......................................................... $13,429.65
**Total Due this Invoice...............................................** **$13,429.65**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                 **WH_MDL_00355122**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 783712
Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355123



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                     December 24, 2014
        40 West 57th Street Suite 1610
        New York, New York 10019
        acolodner@maplept.com

        **RE:** General                                    **Invoice#:** 786881
        **Our File Number:**00647/0001                       **PAGE:**    1

===============================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014
===============================================================================

|  |  | **Hours** |
|---|---|---|
| 10/21/2014 | Ben-Jacob, Michael | 0.67 |
| 11/24/2014 | Culhane, Stephen | 0.25 |
|  | Total Hours.................. | 0.92 |
|  | Fees through 11/30/2014................................... | $753.45 |

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    December 24, 2014

**RE:** General                                            **Invoice#:** 786881
**Our File Number:** 00647/0001                              **PAGE:**    2

=======================================================================

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                          | Rate     | Hours  | Fees      |
|--------------------------|----------|--------|-----------|
| Ben-Jacob, Michael       | $785.00  | 0.67   | $525.95   |
| Culhane, Stephen         | 910.00   | 0.25   | 227.50    |
| Fees through 11/30/2014............... | | 0.92   | $753.45   |

Fees this Invoice.................................................................    $753.45
**Total Due this Invoice...............................................**    **$753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 786881
Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    February 19, 2015
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                              **Invoice#:** 791361
**Our File Number:**00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|            |               | **Hours** |
|------------|---------------|-----------|
| 12/12/2014 | Wells, Peter B | 1.25 |

Total Hours................ 1.25

Fees through 12/31/2014.................................... $868.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                | Rate     | Hours | Fees     |
|----------------|----------|-------|----------|
| Wells, Peter B | $695.00  | 1.25  | $868.75  |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

Fees this Invoice.......................................................... $868.75
**Total Due this Invoice...............................................** **$868.75**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355127**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 791361
      Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355128**

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York 10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

| | |
|---|---|
| **For Legal Services Rendered through February 28, 2015** | 137.70 |
| **Total Amount Due** $ | <u>137.70</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA 94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD 21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact: <u>Invoice@arnoldporter.com</u>

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

March 30, 2015                                                                                          Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                                                           **$137.70**

Page 1

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355130**



**KAYE SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                          July 31, 2015
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

**RE:** General                                          **Invoice#:** 805139
**Our File Number:** 00647/0001                          **PAGE:**    1

===================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2015

===================================================================

|            |                                                                                                    | **Hours** |
|------------|----------------------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                                 | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same.  Interoffice conferences. | |
| 04/22/2015 | Veillette, Rebecca                                                                                 | 1.30      |
|            | Attention to FBAR questions.                                                                       | |
| 04/24/2015 | Veillette, Rebecca                                                                                 | 0.45      |
|            | Attention to FBAR matters.                                                                         | |
| 05/05/2015 | Veillette, Rebecca                                                                                 | 0.40      |
|            | Attention to FBAR matters.                                                                         | |
| 05/07/2015 | Veillette, Rebecca                                                                                 | 0.45      |
|            | Attention to foreign bank account reporting matters.  Interoffice conferences regarding same.      | |
| 05/08/2015 | Veillette, Rebecca                                                                                 | 0.20      |
|            | Attention to 2013 FBAR information.                                                                | |
| 05/13/2015 | Veillette, Rebecca                                                                                 | 0.45      |
|            | Attention to foreign tax reporting matters.                                                        | |

Total Hours.................  4.45

Fees through 06/30/2015...................................  $1,446.25

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355131**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                    July 31, 2015

**RE:** General                                                    **Invoice#:** 805139
**Our File Number:** 00647/0001                                **PAGE:**    2

===============================================================================

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $325.00 | 4.45 | $1,446.25 |
| Fees through 06/30/2015............... | | 4.45 | $1,446.25 |

Fees this Invoice.........................................................................    $1,446.25
**Total Due this Invoice..............................................................**    **$1,446.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355132**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355133



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 21, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                          **Invoice#:** 807022
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|  |  | **Hours** |
|---|---|---|
| 07/14/2015  Golub, Elizabeth | | 0.25 |

| | | |
|---|---|---|
| | Total Hours................ | 0.25 |
| | Fees through 07/31/2015.................................... | $70.00 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015.............. | | 0.25 | $70.00 |

\*----------------------COSTS ADVANCED THROUGH 07/31/2015----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $250.50 |
| Total Costs through 07/31/2015........................ | $250.50 |

| | |
|---|---|
| Fees this Invoice........................................................................ | $70.00 |
| Costs this Invoice...................................................................... | $250.50 |
| **Total Due this Invoice...............................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355135