# Exhibit 32

Message
_____

**From:**       John H. van Merkensteijn, III [jhvm@argremgt.com]
**Sent:**       6/19/2014 2:42:38 PM
**To:**         ~LH lf 08-07-2015 Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p]
**CC:**         Richard Markowitz [rmarkowitz@argremgt.com]; Robert Klugman [Rklugman@storcapital.com]; Ben-Jacob, Michael
                [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m];
                Gregory, Amy [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gregory_a]
**Subject:**    Re: names for plans
**Attachments:** image001.png


AMY  and PETER

Our plan is to submit for on boarding process a total of 34 plans

of those there are 6 plans already in existence for which we need to make sure you have or get the paperwork

there are 25 plans which have names of LLC formed by you and we will need three more

Here is a summary

John H van Merkensteijn III
60 Riverside Boulevard
Room 2101
New York N.Y. 10069
phone 1 212 769 4055
Soc Sec 042 36 7430

existing plan

Omineca LLC
Omineca trust

paperwork previously sent to MBJ

Three new plans  under new LLC's #s 1-3 below on Peter's list

Richard Markowitz
1010 Fifth Avenue
Room 1D
New York NY 10028
1 917 848 5675

existing:  Routt Capital LLC/ Routt Capital Trust

paperwork and soc sec to be provided

Three new LLc's #   4-6 below and plans

Robert klugman
will provide address social etc and paperwork



RICHARD MARKOWITZ

EXHIBIT 2188

04 - 09 - 2021

KLUGMAN00007264

existing plans

Store Capital Consulting LLC
RAK Investment Trust
Robert klugman
RAK2 investment Trust
TENS Services LLC
RAK3 Investment trust

three new plans #s 8-10 below

Edwin L Miller
6501 Red Hook Plaza
Suite 201
St Thomas, Virgin Islands 00802
1-340-514-7931
1-340-775-5880
social sec 172 364 623

5 new plans
#s 11 and 13-16

Ronald S. Altbach
Regenration Capital Group
156 West 56th Street
Suite 702
New York, NY 10019
1-212-616-8082
1-917 498-3723

soc to be provided
5 new plans #s 17,18,20,22 and 23

Perry Lerner
CPW Capital LLC
address and social to be provided

5 new plans #s24-28

david Zelman
address social and paperwork to be provided
existig

Vanderlee LLC
Vanderlee Pension Plan Trust

new plans
# 30 (Bareroot Capital Investments LLC plus three more to be done

---

**From:** <Wells>, Peter Wells <Peter.Wells@kayescholer.com>
**Date:** Wednesday, June 18, 2014 at 10:34 PM
**To:** John van Merkensteijn <jhvm@argremgt.com>
**Cc:** Richard Markowitz <rmarkowitz@argremgt.com>, Robert Klugman <Rklugman@storcapital.com>, Michael Ben-

KLUGMAN00007265

Jacob <michael.ben-jacob@kayescholer.com>, Amy Gregory <Amy.gregory@kayescholer.com>
**Subject:** RE: names for plans

John,

Thanks.

We need the person's name and social security number. Also, we can use a single consolidated address for all of these entities, but if they would prefer to use particular addresses then I would need those addresses.

Regards,
Peter

***

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** John H. van Merkensteijn, III [mailto:jhvm@argremgt.com]
**Sent:** Wednesday, June 18, 2014 10:27 PM
**To:** Wells, Peter
**Cc:** Richard Markowitz; Robert Klugman; Ben-Jacob, Michael; Gregory, Amy
**Subject:** Re: names for plans

we will allocate the names tomorrow
and we will give you the list AAP

What information do we need to get for you from the ultimate shareholders of the Plans

The individuals are

John H. van Merkensteijn III
Richard Markowitz
Robert klugman
edwin L Miller
ronald S Altbach
Perry A Lerner
avid Zelman

KLUGMAN00007266

we will get their preferred way of presenting their names , their Soc Sec number, addresses
is there anything else we need?

---

**From:** <Wells>, Peter Wells <Peter.Wells@kayescholer.com>
**Date:** Wednesday, June 18, 2014 at 4:36 PM
**To:** John van Merkensteijn <jhvm@argremgt.com>
**Cc:** Richard Markowitz <rmarkowitz@argremgt.com>, Robert Klugman <Rklugman@storcapital.com>, Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>, Amy Gregory <Amy.gregory@kayescholer.com>
**Subject:** RE: names for plans

John,

I confirm that we have formed 25 of the entities on the list (we tried to leave some room for any existing LLCs).  The certificates of formation for the companies are coming back as we speak.

The next step would be to get EINs for the LLCs.  However, we cannot do that until we know the owners of the LLCs as we need to indentify the responsible party for each entity on the application for a tax id number.  Please let us know whether this has been decided upon so we can start to move that forward.

Regards,
Peter


Peter Wells
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** John H. van Merkensteijn, III [mailto:jhvm@argremgt.com]
**Sent:** Friday, June 13, 2014 5:36 PM
**To:** Wells, Peter; Gregory, Amy
**Cc:** Richard Markowitz; Robert Klugman; Ben-Jacob, Michael
**Subject:** Re: names for plans

yes we can proceed

there are probably a few parties where there is an existing LLC  with a name and I need to track that down

---

**From:** <Wells>, Peter Wells <Peter.Wells@kayescholer.com>
**Date:** Friday, June 13, 2014 at 2:00 PM
**To:** John van Merkensteijn <jhvm@argremgt.com>, Amy Gregory <Amy.gregory@kayescholer.com>
**Cc:** Richard Markowitz <rmarkowitz@argremgt.com>, Robert Klugman <Rklugman@storcapital.com>, Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>
**Subject:** RE: names for plans

Not yet. I assume most of them are available, but to the extent any are not we will come up with variations in the same manner.

Assuming that is acceptable we will start forming the companies, and come up with alternates names for any that are not available and form those.

Just confirm you are ready for us to start the formation process.

Regards,
Peter

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** John H. van Merkensteijn, III [mailto:jhvm@argremgt.com]
**Sent:** Friday, June 13, 2014 1:48 PM
**To:** Wells, Peter; Gregory, Amy
**Cc:** Richard Markowitz; Robert Klugman; Ben-Jacob, Michael
**Subject:** Re: names for plans

Looks good

Do we know if these names are available

John H. van Merkernsteijn
Argre Management LLC
40 West 57th Street
20th floor
New York, NY 10019
Tel: 212.247.2600
Fax: 212.247.2753
Cell: 917.865.3595
Jhvm@argremgt.com

KLUGMAN00007268

**From:** <Wells>, Peter Wells <Peter.Wells@kayescholer.com>
**Date:** Friday, June 13, 2014 at 1:36 PM
**To:** John van Merkernsteijn <jhvm@argremgt.com>, Amy Gregory <Amy.gregory@kayescholer.com>
**Cc:** Richard Markowitz <rmarkowitz@argremgt.com>, Robert Klugman <Rklugman@storcapital.com>, Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>
**Subject:** RE: names for plans

John,

As discussed, here is our stab at 30 names for the LLCs:

1. Starfish Capital Management  LLC
2. Basalt Ventures LLC
3. Voojo Productions LLC
4. Avanix Management LLC
5. Cavus Systems LLC
6. Hadron Industries LLC
7. Nebula Technologies LLC
8. Edgepoint Capital LLC
9. Headsail Manufacturing LLC
10. Aerovane Logistics LLC
11. Fulcrum Productions LLC
12. Blueridge Investments LLC
13. Tumba Systems LLC
14. Keystone Technologies LLC
15. Green Scale Management LLC
16. Cedar Hill Capital Investments LLC
17. Limelight Global Productions LLC
18. Plumrose Industries LLC
19. Seneca Holdings LLC
20. True Wind Investments LLC
21. Bullseye Capital Investments LLC
22. Crucible Ventures LLC
23. Roadcraft Technologies LLC
24. PAB Facilities Global LLC
25. Trailing Edge Productions LLC
26. Eclouge Industry LLC
27. Loggerhead Services LLC
28. First Ascent Worldwide LLC
29. Blue Water Industries LLC
30. Bareroot LLC

Let me know your thoughts, or if you want to change some of the above or add some that you are partial to.

Regards,
Peter


\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any

KLUGMAN00007269

U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** John H. van Merkensteijn, III [mailto:jhvm@argremgt.com]
**Sent:** Friday, June 13, 2014 9:44 AM
**To:** Gregory, Amy
**Cc:** Wells, Peter; Richard Markowitz; Robert Klugman; Ben-Jacob, Michael
**Subject:** names for plans


AMY

I think we left you with the task of coming up with 30 dissimilar random names
for LLC and Plans

we would like to move forward with the formations of the LLC's and Plans

lets review names and make a final list

thanks

JHvMIII

KLUGMAN00007270